UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
IN RE VEECO INSTRUMENTS INC.        :    MDL No. 7:05-MD-01695 (CM)
SECURITIES LITIGATION                       :
                                                               :
------------------------------------------------:
                                                               :
THIS DOCUMENT RELATES TO          :
ALL ACTIONS                                         :
                                                              x
------------------------------------------------

## [PROPOSED] ORDER

**WHEREAS**, Defendants Veeco Instruments Inc., Edward H. Braun, John F. Rein, Jr. and John P. Kiernan has moved to extend the deadline to file an opposition to Plaintiff's motion for class certification from November 28, 2005, to December 19, 2005;

WHEREAS, Plaintiff has consented to Defendants' request for an extension;

IT IS HEREBY ORDERED that the date for Defendants to file any opposition to Plaintiff's motion for class certification shall be extended to December 19, 2005.

DATED:   November ___, 2005
New York, New York

SO ORDERED

_____
Honorable Colleen McMahon
United States District Judge