UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
:
IN RE VEECO INSTRUMENTS INC.        :   MDL No. 7:05-MD-01695 (CM)
SECURITIES LITIGATION               :
:
-------------------------------------x
:
THIS DOCUMENT RELATES TO            :
ALL ACTIONS                         :
:
-------------------------------------x

## [PROPOSED] ORDER

**WHEREAS**, Defendants Veeco Instruments Inc., Edward H. Braun, John F. Rein, Jr. and John P. Kiernan have moved to extend the deadline to file a response to Lead Plaintiff's Consolidated Amended Complaint from November 28, 2005, to December 2, 2005;

**WHEREAS**, Lead Plaintiff has consented to Defendants' request for an extension;

**IT IS HEREBY ORDERED** that the date by which Defendants shall file and serve a response to Lead Plaintiff's Consolidated Amended Complaint shall be extended to December 2, 2005.

DATED:   November ___, 2005
New York, New York

SO ORDERED

_____
Honorable Colleen McMahon
United States District Judge

80347566_1.DOC