## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 2nd day of December, 2005, I caused true and correct copies of Defendants' Notice of Motion and Motion to Dismiss the Consolidated Amended Complaint By Defendants Veeco Instruments Inc., Edward H. Braun, John F. Rein, Jr., and John P. Kiernan, Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint, and Declaration of Robert F. Serio in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint, to be served by First Class United States Mail on counsel for Lead Plaintiff at the following address:

>   Sherrie R. Savett, Esq.
>   Berger & Montague, P.C.
>   1622 Locust St.
>   Philadelphia, PA  19103

_____
J. Ross Wallin