**Closing Prices of Veeco Instruments Inc. (VECO) Publicly Traded Stock for all Business Days On and Between February 10, 2005, and December 1, 2005**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| February 10, 2005 | $18.73 | $19.00 | $18.37 | $18.86 | 822,900 | $18.86 |
| February 11, 2005 | 17.33 | 17.48 | 16.23 | 16.96 | 5,679,200 | 16.96 |
| February 14, 2005 | 16.99 | 17.17 | 16.02 | 16.20 | 1,426,000 | 16.20 |
| February 15, 2005 | 16.10 | 16.75 | 16.00 | 16.13 | 984,700 | 16.13 |
| February 16, 2005 | 16.25 | 16.35 | 15.53 | 15.65 | 1,068,800 | 15.65 |
| February 17, 2005 | 15.70 | 15.95 | 15.06 | 15.11 | 881,600 | 15.11 |
| February 18, 2005 | 15.45 | 15.45 | 15.08 | 15.25 | 503,500 | 15.25 |
| February 22, 2005 | 15.11 | 15.62 | 14.92 | 15.03 | 513,600 | 15.03 |
| February 23, 2005 | 15.20 | 15.20 | 14.70 | 14.76 | 519,200 | 14.76 |
| February 24, 2005 | 14.88 | 14.98 | 14.55 | 14.72 | 617,900 | 14.72 |
| February 25, 2005 | 14.71 | 15.46 | 14.56 | 15.35 | 598,100 | 15.35 |
| February 28, 2005 | 15.56 | 15.75 | 14.95 | 14.96 | 574,800 | 14.96 |
| March 1, 2005 | 15.07 | 15.46 | 15.03 | 15.29 | 444,400 | 15.29 |
| March 2, 2005 | 15.29 | 15.30 | 14.93 | 14.94 | 579,000 | 14.94 |
| March 3, 2005 | 14.94 | 15.10 | 14.25 | 14.48 | 677,700 | 14.48 |
| March 4, 2005 | 14.61 | 14.69 | 14.22 | 14.39 | 709,800 | 14.39 |
| March 7, 2005 | 14.33 | 14.82 | 14.33 | 14.59 | 348,000 | 14.59 |
| March 8, 2005 | 14.62 | 14.85 | 14.32 | 14.36 | 176,300 | 14.36 |
| March 9, 2005 | 14.35 | 14.66 | 14.35 | 14.36 | 339,400 | 14.36 |
| March 10, 2005 | 14.50 | 14.62 | 14.20 | 14.26 | 320,700 | 14.26 |
| March 11, 2005 | 14.41 | 14.63 | 14.16 | 14.35 | 379,300 | 14.35 |
| March 14, 2005 | 14.23 | 14.53 | 14.17 | 14.28 | 413,000 | 14.28 |
| **March 15, 2005** | **14.49** | **14.49** | **13.96** | **13.97** | **327,700** | **13.97** |
| March 16, 2005 | 13.40 | 14.78 | 13.30 | 14.27 | 840,200 | 14.27 |
| March 17, 2005 | 14.29 | 14.77 | 14.25 | 14.51 | 915,400 | 14.51 |
| March 18, 2005 | 14.84 | 15.15 | 14.50 | 15.11 | 1,730,800 | 15.11 |
| March 21, 2005 | 15.20 | 15.48 | 14.79 | 15.04 | 607,700 | 15.04 |
| March 22, 2005 | 15.11 | 15.17 | 14.84 | 14.90 | 515,700 | 14.90 |
| March 23, 2005 | 14.90 | 15.17 | 14.81 | 15.00 | 434,000 | 15.00 |
| March 24, 2005 | 15.10 | 15.10 | 14.84 | 14.95 | 296,400 | 14.95 |
| March 28, 2005 | 14.95 | 15.38 | 14.89 | 14.94 | 411,900 | 14.94 |
| March 29, 2005 | 15.06 | 15.09 | 14.54 | 14.62 | 403,600 | 14.62 |
| March 30, 2005 | 14.67 | 15.18 | 14.61 | 15.17 | 356,900 | 15.17 |
| March 31, 2005 | 15.06 | 15.16 | 14.89 | 15.05 | 420,700 | 15.05 |
| April 1, 2005 | 15.32 | 15.32 | 14.76 | 14.87 | 406,500 | 14.87 |
| April 4, 2005 | 14.83 | 14.96 | 14.55 | 14.81 | 212,900 | 14.81 |
| April 5, 2005 | 14.83 | 14.95 | 14.43 | 14.46 | 297,500 | 14.46 |
| April 6, 2005 | 14.62 | 14.84 | 14.50 | 14.66 | 295,900 | 14.66 |
| April 7, 2005 | 14.78 | 14.88 | 14.57 | 14.88 | 219,600 | 14.88 |
| April 8, 2005 | 14.95 | 15.17 | 14.71 | 14.72 | 235,600 | 14.72 |
| April 11, 2005 | 14.85 | 15.48 | 14.52 | 15.26 | 1,241,500 | 15.26 |
| April 12, 2005 | 15.34 | 15.42 | 14.73 | 15.35 | 555,700 | 15.35 |
| April 13, 2005 | 15.44 | 15.44 | 14.68 | 14.77 | 410,400 | 14.77 |
| April 14, 2005 | 14.87 | 14.87 | 14.30 | 14.30 | 485,200 | 14.30 |
| April 15, 2005 | 14.29 | 14.39 | 13.70 | 13.92 | 527,600 | 13.92 |
| April 18, 2005 | 13.93 | 14.32 | 13.56 | 13.89 | 641,900 | 13.89 |
| April 19, 2005 | 13.98 | 14.20 | 13.78 | 14.18 | 352,400 | 14.18 |
| April 20, 2005 | 14.50 | 14.80 | 14.25 | 14.30 | 830,000 | 14.30 |

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| April 21, 2005 | 14.42 | 15.25 | 14.42 | 14.92 | 818,700 | 14.92 |
| April 22, 2005 | 15.06 | 15.06 | 14.50 | 14.70 | 656,600 | 14.70 |
| April 25, 2005 | 14.99 | 15.00 | 14.48 | 14.69 | 505,000 | 14.69 |
| April 26, 2005 | 14.16 | 14.42 | 14.01 | 14.11 | 757,500 | 14.11 |
| April 27, 2005 | 14.04 | 14.13 | 13.75 | 13.96 | 671,600 | 13.96 |
| April 28, 2005 | 13.85 | 14.04 | 13.46 | 13.46 | 435,200 | 13.46 |
| April 29, 2005 | 13.30 | 13.54 | 12.83 | 13.31 | 687,800 | 13.31 |
| May 2, 2005 | 13.31 | 13.35 | 12.86 | 13.03 | 559,900 | 13.03 |
| May 3, 2005 | 13.00 | 13.46 | 12.88 | 13.31 | 546,700 | 13.31 |
| May 4, 2005 | 13.41 | 13.52 | 13.15 | 13.51 | 387,500 | 13.51 |
| May 5, 2005 | 13.50 | 13.52 | 13.23 | 13.43 | 279,500 | 13.43 |
| May 6, 2005 | 13.60 | 13.60 | 13.22 | 13.48 | 475,200 | 13.48 |
| May 9, 2005 | 13.57 | 13.58 | 13.25 | 13.35 | 209,800 | 13.35 |
| May 10, 2005 | 13.39 | 13.40 | 13.16 | 13.29 | 183,300 | 13.29 |
| May 11, 2005 | 13.22 | 13.71 | 13.14 | 13.70 | 368,000 | 13.70 |
| May 12, 2005 | 13.74 | 13.89 | 13.50 | 13.58 | 263,900 | 13.58 |
| May 13, 2005 | 13.58 | 14.08 | 13.58 | 13.93 | 305,900 | 13.93 |
| May 16, 2005 | 14.00 | 14.27 | 13.85 | 14.22 | 353,200 | 14.22 |
| May 17, 2005 | 14.29 | 14.40 | 14.04 | 14.26 | 260,700 | 14.26 |
| May 18, 2005 | 14.28 | 14.85 | 14.25 | 14.75 | 489,400 | 14.75 |
| May 19, 2005 | 14.74 | 14.98 | 14.61 | 14.81 | 356,400 | 14.81 |
| May 20, 2005 | 14.75 | 14.90 | 14.54 | 14.76 | 361,600 | 14.76 |
| May 23, 2005 | 14.85 | 15.25 | 14.80 | 15.21 | 632,600 | 15.21 |
| May 24, 2005 | 15.14 | 15.27 | 14.95 | 15.08 | 414,400 | 15.08 |
| May 25, 2005 | 15.03 | 15.06 | 14.62 | 14.77 | 402,100 | 14.77 |
| May 26, 2005 | 14.77 | 15.12 | 14.77 | 15.06 | 451,000 | 15.06 |
| May 27, 2005 | 15.12 | 15.12 | 14.80 | 15.00 | 246,000 | 15.00 |
| May 31, 2005 | 15.14 | 15.22 | 15.00 | 15.07 | 201,900 | 15.07 |
| June 1, 2005 | 15.11 | 15.49 | 15.07 | 15.34 | 283,300 | 15.34 |
| June 2, 2005 | 15.30 | 15.63 | 15.21 | 15.51 | 359,200 | 15.51 |
| June 3, 2005 | 15.49 | 15.57 | 15.36 | 15.45 | 407,000 | 15.45 |
| June 6, 2005 | 15.43 | 15.43 | 15.20 | 15.31 | 151,200 | 15.31 |
| June 7, 2005 | 15.39 | 15.85 | 15.35 | 15.60 | 577,600 | 15.60 |
| June 8, 2005 | 15.61 | 15.80 | 15.49 | 15.60 | 331,300 | 15.60 |
| June 9, 2005 | 15.60 | 15.75 | 15.30 | 15.69 | 229,900 | 15.69 |
| June 10, 2005 | 15.76 | 15.76 | 15.25 | 15.51 | 156,000 | 15.51 |
| June 13, 2005 | 15.54 | 15.56 | 15.29 | 15.55 | 175,500 | 15.55 |
| June 14, 2005 | 15.70 | 15.83 | 15.58 | 15.82 | 292,300 | 15.82 |
| June 15, 2005 | 15.81 | 16.33 | 15.45 | 16.28 | 440,500 | 16.28 |
| June 16, 2005 | 16.28 | 16.56 | 16.23 | 16.56 | 463,000 | 16.56 |
| June 17, 2005 | 16.56 | 16.69 | 16.40 | 16.65 | 546,300 | 16.65 |
| June 20, 2005 | 16.69 | 16.79 | 16.62 | 16.76 | 413,900 | 16.76 |
| June 21, 2005 | 16.78 | 17.00 | 16.63 | 16.76 | 209,100 | 16.76 |
| June 22, 2005 | 16.78 | 16.78 | 16.62 | 16.71 | 190,200 | 16.71 |
| June 23, 2005 | 16.61 | 17.05 | 16.58 | 16.68 | 433,100 | 16.68 |
| June 24, 2005 | 16.56 | 17.20 | 16.50 | 17.01 | 1,039,100 | 17.01 |
| June 27, 2005 | 17.00 | 17.06 | 16.70 | 16.82 | 373,800 | 16.82 |
| June 28, 2005 | 16.80 | 16.93 | 16.39 | 16.65 | 645,400 | 16.65 |
| June 29, 2005 | 16.56 | 16.72 | 16.52 | 16.68 | 242,100 | 16.68 |
| June 30, 2005 | 16.68 | 16.74 | 16.28 | 16.28 | 246,400 | 16.28 |
| July 1, 2005 | 16.25 | 16.38 | 15.79 | 15.98 | 588,800 | 15.98 |

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| July 5, 2005 | 15.90 | 16.39 | 15.87 | 16.33 | 449,200 | 16.33 |
| July 6, 2005 | 16.39 | 16.72 | 16.36 | 16.60 | 295,600 | 16.60 |
| July 7, 2005 | 16.43 | 16.69 | 16.32 | 16.60 | 149,000 | 16.60 |
| July 8, 2005 | 16.62 | 16.98 | 16.49 | 16.97 | 258,900 | 16.97 |
| July 11, 2005 | 16.98 | 17.65 | 16.98 | 17.62 | 426,100 | 17.62 |
| July 12, 2005 | 17.43 | 17.70 | 17.31 | 17.43 | 302,000 | 17.43 |
| July 13, 2005 | 17.43 | 17.70 | 17.26 | 17.65 | 204,900 | 17.65 |
| July 14, 2005 | 17.65 | 18.26 | 17.65 | 18.13 | 512,300 | 18.13 |
| July 15, 2005 | 18.00 | 18.17 | 17.92 | 18.05 | 457,400 | 18.05 |
| July 18, 2005 | 18.01 | 18.08 | 17.81 | 17.88 | 160,700 | 17.88 |
| July 19, 2005 | 18.01 | 18.37 | 17.85 | 18.30 | 258,800 | 18.30 |
| July 20, 2005 | 18.15 | 19.06 | 18.11 | 19.01 | 304,400 | 19.01 |
| July 21, 2005 | 19.01 | 19.01 | 18.29 | 18.47 | 286,100 | 18.47 |
| July 22, 2005 | 18.60 | 18.72 | 18.18 | 18.40 | 378,000 | 18.40 |
| July 25, 2005 | 18.48 | 19.01 | 18.32 | 18.85 | 880,900 | 18.85 |
| July 26, 2005 | 19.45 | 19.98 | 19.36 | 19.87 | 1,231,900 | 19.87 |
| July 27, 2005 | 19.95 | 19.96 | 19.21 | 19.71 | 630,300 | 19.71 |
| July 28, 2005 | 19.83 | 19.85 | 19.63 | 19.80 | 516,900 | 19.80 |
| July 29, 2005 | 19.69 | 20.31 | 19.62 | 20.22 | 544,800 | 20.22 |
| August 1, 2005 | 20.27 | 20.78 | 20.15 | 20.50 | 610,700 | 20.50 |
| **August 2, 2005** | **20.56** | **21.41** | **20.54** | **21.41** | **926,000** | **21.41** |
| August 3, 2005 | 21.39 | 21.52 | 20.75 | 20.91 | 907,200 | 20.91 |
| August 4, 2005 | 20.74 | 20.78 | 19.81 | 20.00 | 529,300 | 20.00 |
| August 5, 2005 | 19.90 | 20.11 | 19.58 | 19.77 | 493,800 | 19.77 |
| August 8, 2005 | 19.88 | 19.96 | 19.36 | 19.43 | 415,300 | 19.43 |
| August 9, 2005 | 19.55 | 19.72 | 19.29 | 19.41 | 381,200 | 19.41 |
| August 10, 2005 | 19.55 | 19.98 | 19.16 | 19.44 | 439,300 | 19.44 |
| August 11, 2005 | 19.50 | 19.89 | 19.34 | 19.84 | 257,500 | 19.84 |
| August 12, 2005 | 19.76 | 19.76 | 19.03 | 19.07 | 503,700 | 19.07 |
| August 15, 2005 | 19.05 | 19.29 | 18.84 | 19.03 | 607,300 | 19.03 |
| August 16, 2005 | 18.96 | 19.60 | 18.90 | 19.18 | 655,100 | 19.18 |
| August 17, 2005 | 19.32 | 19.87 | 19.17 | 19.70 | 486,300 | 19.70 |
| August 18, 2005 | 19.64 | 19.89 | 19.59 | 19.70 | 286,700 | 19.70 |
| August 19, 2005 | 19.75 | 19.78 | 19.16 | 19.38 | 308,900 | 19.38 |
| August 22, 2005 | 19.40 | 19.66 | 19.21 | 19.56 | 210,500 | 19.56 |
| August 23, 2005 | 19.52 | 19.52 | 18.94 | 19.15 | 353,100 | 19.15 |
| August 24, 2005 | 19.08 | 19.37 | 18.98 | 19.12 | 288,500 | 19.12 |
| August 25, 2005 | 19.07 | 19.24 | 18.75 | 18.82 | 469,100 | 18.82 |
| August 26, 2005 | 18.94 | 18.94 | 18.15 | 18.17 | 572,400 | 18.17 |
| August 29, 2005 | 18.08 | 18.53 | 18.06 | 18.53 | 248,000 | 18.53 |
| August 30, 2005 | 18.30 | 18.30 | 17.76 | 17.97 | 649,300 | 17.97 |
| August 31, 2005 | 18.01 | 18.57 | 17.89 | 18.38 | 536,900 | 18.38 |
| September 1, 2005 | 18.12 | 18.73 | 18.12 | 18.46 | 940,000 | 18.46 |
| September 2, 2005 | 18.57 | 18.68 | 18.40 | 18.55 | 474,500 | 18.55 |
| September 6, 2005 | 18.57 | 18.85 | 18.51 | 18.71 | 292,600 | 18.71 |
| September 7, 2005 | 18.70 | 18.75 | 18.31 | 18.65 | 318,400 | 18.65 |
| September 8, 2005 | 18.70 | 19.00 | 18.51 | 18.86 | 331,700 | 18.86 |
| September 9, 2005 | 18.85 | 18.97 | 18.74 | 18.84 | 235,900 | 18.84 |
| September 12, 2005 | 18.78 | 18.99 | 18.67 | 18.80 | 382,300 | 18.80 |
| September 13, 2005 | 18.84 | 18.92 | 18.26 | 18.55 | 348,900 | 18.55 |
| September 14, 2005 | 18.57 | 18.59 | 18.18 | 18.24 | 276,100 | 18.24 |

| Date | Open | High | Low | Close | Volume | Adj. Close |
|------|------|------|-----|-------|--------|------------|
| September 15, 2005 | 18.25 | 18.29 | 16.95 | 17.05 | 1,097,300 | 17.05 |
| September 16, 2005 | 17.15 | 17.26 | 16.15 | 16.45 | 1,450,000 | 16.45 |
| September 19, 2005 | 16.52 | 16.63 | 16.36 | 16.43 | 366,700 | 16.43 |
| September 20, 2005 | 16.44 | 16.60 | 16.06 | 16.18 | 804,100 | 16.18 |
| September 21, 2005 | 16.08 | 16.18 | 15.70 | 15.84 | 1,006,100 | 15.84 |
| September 22, 2005 | 15.79 | 15.93 | 15.54 | 15.85 | 543,700 | 15.85 |
| September 23, 2005 | 15.74 | 16.14 | 15.60 | 15.97 | 292,800 | 15.97 |
| September 26, 2005 | 16.11 | 16.14 | 15.68 | 15.87 | 338,100 | 15.87 |
| September 27, 2005 | 15.90 | 15.93 | 15.58 | 15.79 | 351,900 | 15.79 |
| September 28, 2005 | 15.82 | 16.20 | 15.71 | 16.00 | 598,600 | 16.00 |
| September 29, 2005 | 16.02 | 16.30 | 15.77 | 16.12 | 380,800 | 16.12 |
| September 30, 2005 | 16.09 | 16.14 | 15.91 | 16.04 | 278,500 | 16.04 |
| October 3, 2005 | 16.01 | 16.18 | 15.95 | 16.07 | 485,600 | 16.07 |
| October 4, 2005 | 16.20 | 16.53 | 16.10 | 16.22 | 533,100 | 16.22 |
| October 5, 2005 | 16.27 | 16.27 | 15.60 | 15.65 | 333,600 | 15.65 |
| October 6, 2005 | 15.65 | 15.98 | 15.34 | 15.64 | 355,400 | 15.64 |
| October 7, 2005 | 15.68 | 15.82 | 15.49 | 15.64 | 302,500 | 15.64 |
| October 10, 2005 | 15.60 | 15.66 | 15.12 | 15.62 | 527,300 | 15.62 |
| October 11, 2005 | 15.67 | 16.05 | 15.63 | 15.82 | 897,800 | 15.82 |
| October 12, 2005 | 15.73 | 15.99 | 15.65 | 15.90 | 636,300 | 15.90 |
| October 13, 2005 | 15.86 | 17.01 | 15.86 | 16.92 | 772,400 | 16.92 |
| October 14, 2005 | 17.05 | 17.05 | 16.49 | 16.85 | 372,600 | 16.85 |
| October 17, 2005 | 16.81 | 17.02 | 16.43 | 17.02 | 606,300 | 17.02 |
| October 18, 2005 | 16.96 | 17.25 | 16.86 | 16.90 | 933,100 | 16.90 |
| October 19, 2005 | 16.85 | 16.99 | 16.02 | 16.77 | 714,200 | 16.77 |
| October 20, 2005 | 16.73 | 17.21 | 16.67 | 16.94 | 333,500 | 16.94 |
| October 21, 2005 | 17.02 | 17.09 | 16.61 | 17.07 | 541,800 | 17.07 |
| October 24, 2005 | 15.52 | 16.04 | 14.71 | 16.04 | 4,383,700 | 16.04 |
| October 25, 2005 | 16.00 | 16.29 | 15.68 | 15.84 | 608,200 | 15.84 |
| October 26, 2005 | 15.88 | 16.23 | 15.78 | 15.82 | 507,700 | 15.82 |
| October 27, 2005 | 15.76 | 15.93 | 15.45 | 15.64 | 444,800 | 15.64 |
| October 28, 2005 | 15.66 | 15.67 | 15.06 | 15.60 | 431,800 | 15.60 |
| October 31, 2005 | 15.53 | 16.07 | 15.53 | 15.82 | 381,700 | 15.82 |
| November 1, 2005 | 15.75 | 15.89 | 15.39 | 15.59 | 253,700 | 15.59 |
| November 2, 2005 | 15.58 | 15.88 | 15.42 | 15.77 | 255,000 | 15.77 |
| November 3, 2005 | 15.87 | 16.36 | 15.66 | 15.99 | 994,400 | 15.99 |
| November 4, 2005 | 15.97 | 16.18 | 15.53 | 15.71 | 612,500 | 15.71 |
| **November 7, 2005** | **15.78** | **15.94** | **15.68** | **15.92** | **452,900** | **15.92** |
| **November 8, 2005** | **15.95** | **16.12** | **15.75** | **15.80** | **246,100** | **15.80** |
| November 9, 2005 | 15.95 | 16.00 | 15.58 | 15.79 | 315,800 | 15.79 |
| November 10, 2005 | 15.70 | 15.82 | 15.37 | 15.76 | 274,800 | 15.76 |
| November 11, 2005 | 15.75 | 16.04 | 15.65 | 15.93 | 493,000 | 15.93 |
| November 14, 2005 | 16.05 | 16.39 | 15.96 | 16.37 | 430,900 | 16.37 |
| November 15, 2005 | 16.36 | 16.36 | 15.72 | 15.84 | 386,800 | 15.84 |
| November 16, 2005 | 15.89 | 15.96 | 15.73 | 15.82 | 265,200 | 15.82 |
| November 17, 2005 | 15.85 | 16.35 | 15.85 | 16.27 | 379,100 | 16.27 |
| November 18, 2005 | 16.40 | 17.28 | 16.35 | 17.19 | 604,300 | 17.19 |
| November 21, 2005 | 17.21 | 17.51 | 17.16 | 17.46 | 558,500 | 17.46 |
| November 22, 2005 | 17.38 | 17.82 | 17.25 | 17.71 | 351,400 | 17.71 |
| November 23, 2005 | 17.68 | 18.06 | 17.68 | 17.80 | 313,800 | 17.80 |
| November 25, 2005 | 17.78 | 17.94 | 17.72 | 17.84 | 162,700 | 17.84 |

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| November 25, 2005 | 17.78 | 17.94 | 17.72 | 17.84 | 162,700 | 17.84 |
| November 28, 2005 | 17.86 | 17.96 | 17.43 | 17.50 | 320,600 | 17.50 |
| November 29, 2005 | 17.56 | 17.73 | 17.35 | 17.45 | 283,000 | 17.45 |
| November 30, 2005 | 17.65 | 17.93 | 17.55 | 17.71 | 364,700 | 17.71 |
| December 1, 2005 | 17.84 | 18.50 | 17.84 | 18.31 | 448,600 | 18.31 |

*Source*:  Data from http://finance.yahoo.com/q?s=veco.