# Exhibit C

**Closing Prices of Veeco Instruments Inc. (VECO) Publicly Traded Stock for all Business Days On and Between November 3, 2003, and February 10, 2005**

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| November 3, 2003 | $25.76 | $26.47 | $25.51 | $26.39 | 381,300 | $26.39 |
| November 4, 2003 | 26.30 | 27.72 | 26.20 | 27.00 | 822,600 | 27.00 |
| November 5, 2003 | 27.09 | 27.09 | 25.94 | 26.82 | 454,500 | 26.82 |
| November 6, 2003 | 26.90 | 27.29 | 26.42 | 26.98 | 689,200 | 26.98 |
| November 7, 2003 | 27.14 | 27.37 | 26.89 | 26.93 | 305,800 | 26.93 |
| November 10, 2003 | 26.94 | 26.94 | 26.10 | 26.25 | 234,900 | 26.25 |
| November 11, 2003 | 26.11 | 26.35 | 25.50 | 25.93 | 331,200 | 25.93 |
| November 12, 2003 | 26.04 | 27.34 | 25.89 | 27.33 | 414,300 | 27.33 |
| November 13, 2003 | 27.21 | 27.94 | 27.00 | 27.41 | 423,600 | 27.41 |
| November 14, 2003 | 27.50 | 27.75 | 26.25 | 26.27 | 387,400 | 26.27 |
| November 17, 2003 | 26.13 | 26.28 | 25.59 | 26.10 | 363,600 | 26.10 |
| November 18, 2003 | 26.32 | 26.81 | 25.86 | 25.90 | 466,700 | 25.90 |
| November 19, 2003 | 25.93 | 27.03 | 25.91 | 26.90 | 452,900 | 26.90 |
| November 20, 2003 | 27.84 | 29.70 | 27.42 | 28.66 | 1,375,700 | 28.66 |
| November 21, 2003 | 29.14 | 29.28 | 28.33 | 28.65 | 562,900 | 28.65 |
| November 24, 2003 | 28.85 | 29.35 | 28.60 | 29.33 | 471,100 | 29.33 |
| November 25, 2003 | 29.50 | 29.70 | 28.61 | 29.20 | 589,900 | 29.20 |
| November 26, 2003 | 29.70 | 30.23 | 28.09 | 29.07 | 803,800 | 29.07 |
| November 28, 2003 | 29.07 | 29.50 | 28.98 | 29.50 | 112,000 | 29.50 |
| December 1, 2003 | 29.83 | 30.14 | 29.06 | 29.41 | 351,200 | 29.41 |
| December 2, 2003 | 29.33 | 29.65 | 29.10 | 29.19 | 302,100 | 29.19 |
| December 3, 2003 | 29.67 | 30.25 | 28.62 | 28.68 | 462,600 | 28.68 |
| December 4, 2003 | 28.61 | 28.69 | 27.40 | 27.98 | 507,000 | 27.98 |
| December 5, 2003 | 27.11 | 27.25 | 26.60 | 26.90 | 563,500 | 26.90 |
| December 8, 2003 | 26.89 | 27.32 | 26.22 | 26.75 | 377,000 | 26.75 |
| December 9, 2003 | 26.84 | 27.10 | 25.44 | 25.48 | 509,400 | 25.48 |
| December 10, 2003 | 25.64 | 26.36 | 25.30 | 25.75 | 360,300 | 25.75 |
| December 11, 2003 | 25.70 | 27.23 | 25.70 | 27.07 | 373,900 | 27.07 |
| December 12, 2003 | 27.12 | 27.70 | 26.59 | 27.61 | 473,100 | 27.61 |
| December 15, 2003 | 28.60 | 28.63 | 26.71 | 26.90 | 970,800 | 26.90 |
| December 16, 2003 | 26.75 | 26.82 | 25.84 | 26.68 | 410,200 | 26.68 |
| December 17, 2003 | 26.62 | 26.77 | 25.95 | 26.35 | 160,300 | 26.35 |
| December 18, 2003 | 26.38 | 27.52 | 26.30 | 27.44 | 253,300 | 27.44 |
| December 19, 2003 | 27.67 | 27.75 | 26.75 | 27.10 | 382,700 | 27.10 |
| December 22, 2003 | 27.32 | 27.52 | 26.85 | 27.45 | 198,300 | 27.45 |
| December 23, 2003 | 27.53 | 28.05 | 27.33 | 28.00 | 188,700 | 28.00 |
| December 24, 2003 | 27.94 | 28.24 | 27.57 | 27.60 | 128,900 | 27.60 |
| December 26, 2003 | 27.74 | 28.36 | 27.68 | 28.12 | 116,200 | 28.12 |
| December 29, 2003 | 28.23 | 28.79 | 28.00 | 28.73 | 291,100 | 28.73 |
| December 30, 2003 | 28.75 | 29.02 | 28.41 | 28.79 | 268,200 | 28.79 |
| December 31, 2003 | 28.99 | 29.20 | 28.16 | 28.16 | 243,900 | 28.16 |
| January 2, 2004 | 28.84 | 28.95 | 28.16 | 28.35 | 254,300 | 28.35 |
| January 5, 2004 | 29.33 | 31.00 | 29.13 | 30.78 | 676,100 | 30.78 |
| January 6, 2004 | 31.24 | 31.90 | 30.91 | 31.20 | 753,900 | 31.20 |
| January 7, 2004 | 30.95 | 31.47 | 30.14 | 30.92 | 897,200 | 30.92 |
| January 8, 2004 | 31.30 | 31.74 | 30.95 | 31.25 | 496,800 | 31.25 |
| January 9, 2004 | 31.15 | 31.68 | 30.60 | 30.76 | 540,600 | 30.76 |
| January 12, 2004 | 30.90 | 31.10 | 30.56 | 31.06 | 427,300 | 31.06 |

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| January 13, 2004 | 31.31 | 31.94 | 30.18 | 30.80 | 646,700 | 30.80 |
| January 14, 2004 | 30.85 | 31.09 | 30.54 | 30.86 | 250,400 | 30.86 |
| January 15, 2004 | 30.85 | 31.39 | 30.05 | 30.90 | 438,600 | 30.90 |
| January 16, 2004 | 32.70 | 33.40 | 31.56 | 32.83 | 1,900,800 | 32.83 |
| January 20, 2004 | 33.50 | 34.40 | 32.90 | 34.01 | 1,114,300 | 34.01 |
| January 21, 2004 | 33.62 | 33.67 | 32.20 | 33.19 | 635,200 | 33.19 |
| January 22, 2004 | 33.26 | 33.75 | 31.78 | 31.84 | 608,200 | 31.84 |
| January 23, 2004 | 32.22 | 33.19 | 31.10 | 32.76 | 897,300 | 32.76 |
| January 26, 2004 | 32.30 | 32.30 | 30.27 | 31.24 | 1,647,400 | 31.24 |
| January 27, 2004 | 31.05 | 31.77 | 30.79 | 31.56 | 762,500 | 31.56 |
| January 28, 2004 | 32.00 | 32.44 | 30.16 | 30.40 | 809,400 | 30.40 |
| January 29, 2004 | 29.82 | 30.34 | 28.45 | 29.10 | 1,245,000 | 29.10 |
| January 30, 2004 | 29.37 | 30.31 | 29.07 | 30.10 | 557,700 | 30.10 |
| February 2, 2004 | 30.14 | 30.75 | 29.77 | 29.80 | 682,600 | 29.80 |
| February 3, 2004 | 29.92 | 29.93 | 28.66 | 28.72 | 626,200 | 28.72 |
| February 4, 2004 | 28.41 | 28.55 | 27.03 | 27.20 | 806,600 | 27.20 |
| February 5, 2004 | 27.30 | 28.22 | 27.04 | 27.44 | 887,200 | 27.44 |
| February 6, 2004 | 28.30 | 30.93 | 28.21 | 30.49 | 2,056,000 | 30.49 |
| February 9, 2004 | 30.79 | 32.38 | 30.69 | 31.86 | 1,221,300 | 31.86 |
| February 10, 2004 | 31.40 | 32.21 | 30.60 | 31.83 | 1,253,200 | 31.83 |
| February 11, 2004 | 31.86 | 32.36 | 31.55 | 32.08 | 572,000 | 32.08 |
| February 12, 2004 | 32.01 | 32.74 | 31.86 | 32.56 | 721,800 | 32.56 |
| February 13, 2004 | 32.80 | 32.80 | 31.66 | 32.00 | 483,100 | 32.00 |
| February 17, 2004 | 32.30 | 32.64 | 32.11 | 32.59 | 676,900 | 32.59 |
| February 18, 2004 | 32.60 | 33.25 | 32.51 | 32.91 | 504,400 | 32.91 |
| February 19, 2004 | 33.51 | 33.51 | 31.85 | 31.99 | 644,800 | 31.99 |
| February 20, 2004 | 31.94 | 32.00 | 30.00 | 31.23 | 720,400 | 31.23 |
| February 23, 2004 | 31.24 | 31.32 | 29.77 | 30.00 | 738,800 | 30.00 |
| February 24, 2004 | 30.10 | 30.10 | 29.27 | 29.67 | 587,900 | 29.67 |
| February 25, 2004 | 29.80 | 29.85 | 28.60 | 29.39 | 829,200 | 29.39 |
| February 26, 2004 | 29.40 | 30.19 | 28.84 | 29.77 | 573,100 | 29.77 |
| February 27, 2004 | 30.11 | 30.29 | 28.81 | 29.17 | 567,000 | 29.17 |
| March 1, 2004 | 29.30 | 30.40 | 28.82 | 30.24 | 438,100 | 30.24 |
| March 2, 2004 | 30.30 | 30.99 | 30.14 | 30.34 | 602,300 | 30.34 |
| March 3, 2004 | 30.31 | 30.49 | 29.42 | 29.70 | 329,400 | 29.70 |
| March 4, 2004 | 29.85 | 30.18 | 29.52 | 30.18 | 227,400 | 30.18 |
| March 5, 2004 | 29.88 | 30.25 | 29.36 | 29.68 | 272,900 | 29.68 |
| March 8, 2004 | 29.94 | 30.17 | 28.52 | 28.60 | 532,500 | 28.60 |
| March 9, 2004 | 28.50 | 28.70 | 27.42 | 27.66 | 603,400 | 27.66 |
| March 10, 2004 | 27.70 | 27.89 | 26.60 | 26.70 | 747,800 | 26.70 |
| March 11, 2004 | 27.25 | 27.40 | 26.10 | 26.25 | 898,300 | 26.25 |
| March 12, 2004 | 26.64 | 27.18 | 26.35 | 27.02 | 325,200 | 27.02 |
| March 15, 2004 | 27.08 | 27.19 | 25.75 | 25.80 | 562,500 | 25.80 |
| March 16, 2004 | 26.20 | 26.58 | 24.84 | 25.59 | 896,200 | 25.59 |
| March 17, 2004 | 26.00 | 26.89 | 25.78 | 26.59 | 555,700 | 26.59 |
| March 18, 2004 | 26.56 | 27.30 | 25.88 | 26.72 | 596,000 | 26.72 |
| March 19, 2004 | 26.75 | 26.76 | 25.65 | 25.83 | 400,900 | 25.83 |
| March 22, 2004 | 25.57 | 25.70 | 24.70 | 24.90 | 552,100 | 24.90 |
| March 23, 2004 | 25.84 | 26.34 | 25.30 | 25.33 | 1,165,300 | 25.33 |
| March 24, 2004 | 25.45 | 25.96 | 25.33 | 25.65 | 632,500 | 25.65 |
| March 25, 2004 | 25.99 | 28.60 | 25.90 | 28.12 | 2,039,900 | 28.12 |

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| March 26, 2004 | 28.16 | 28.74 | 27.73 | 27.93 | 630,000 | 27.93 |
| March 29, 2004 | 28.33 | 28.83 | 27.93 | 28.24 | 538,300 | 28.24 |
| March 30, 2004 | 27.91 | 28.31 | 27.80 | 28.25 | 399,500 | 28.25 |
| March 31, 2004 | 28.90 | 29.08 | 27.87 | 28.06 | 433,900 | 28.06 |
| April 1, 2004 | 28.16 | 30.13 | 28.16 | 29.83 | 1,074,700 | 29.83 |
| April 2, 2004 | 30.44 | 31.10 | 30.26 | 30.74 | 835,600 | 30.74 |
| April 5, 2004 | 30.85 | 31.51 | 30.75 | 31.50 | 575,400 | 31.50 |
| April 6, 2004 | 30.80 | 31.65 | 30.76 | 30.85 | 796,900 | 30.85 |
| April 7, 2004 | 30.80 | 31.37 | 30.12 | 30.99 | 518,200 | 30.99 |
| April 8, 2004 | 31.34 | 31.50 | 30.52 | 30.71 | 405,100 | 30.71 |
| April 12, 2004 | 30.82 | 31.04 | 30.22 | 30.73 | 443,800 | 30.73 |
| April 13, 2004 | 30.68 | 30.95 | 29.30 | 29.80 | 435,600 | 29.80 |
| April 14, 2004 | 29.56 | 30.48 | 29.14 | 29.37 | 605,300 | 29.37 |
| April 15, 2004 | 29.38 | 29.58 | 28.05 | 28.15 | 1,003,700 | 28.15 |
| April 16, 2004 | 28.00 | 28.05 | 27.15 | 27.65 | 524,100 | 27.65 |
| April 19, 2004 | 27.47 | 28.17 | 27.40 | 27.97 | 408,600 | 27.97 |
| April 20, 2004 | 28.01 | 28.64 | 27.33 | 27.40 | 402,200 | 27.40 |
| April 21, 2004 | 27.60 | 28.46 | 27.50 | 27.98 | 521,800 | 27.98 |
| April 22, 2004 | 27.57 | 27.70 | 26.60 | 26.84 | 1,134,400 | 26.84 |
| April 23, 2004 | 26.74 | 27.88 | 26.74 | 27.43 | 612,100 | 27.43 |
| April 26, 2004 | 26.24 | 27.61 | 26.05 | 26.74 | 1,568,500 | 26.74 |
| April 27, 2004 | 26.08 | 26.65 | 25.44 | 25.44 | 1,423,100 | 25.44 |
| April 28, 2004 | 25.50 | 25.69 | 25.00 | 25.13 | 811,800 | 25.13 |
| April 29, 2004 | 25.02 | 25.06 | 23.14 | 23.35 | 1,574,800 | 23.35 |
| April 30, 2004 | 23.71 | 23.74 | 22.62 | 22.75 | 991,700 | 22.75 |
| May 3, 2004 | 23.86 | 24.05 | 22.90 | 23.28 | 996,000 | 23.28 |
| May 4, 2004 | 23.60 | 24.39 | 23.30 | 23.97 | 662,000 | 23.97 |
| May 5, 2004 | 24.40 | 24.49 | 23.78 | 24.10 | 386,700 | 24.10 |
| May 6, 2004 | 23.73 | 24.24 | 23.32 | 23.98 | 520,300 | 23.98 |
| May 7, 2004 | 23.93 | 25.08 | 23.85 | 24.00 | 629,300 | 24.00 |
| May 10, 2004 | 23.56 | 24.30 | 23.15 | 23.77 | 782,100 | 23.77 |
| May 11, 2004 | 24.05 | 24.85 | 23.99 | 24.83 | 521,900 | 24.83 |
| May 12, 2004 | 24.86 | 25.07 | 23.21 | 24.46 | 699,800 | 24.46 |
| May 13, 2004 | 24.12 | 24.56 | 23.75 | 24.00 | 450,400 | 24.00 |
| May 14, 2004 | 24.25 | 24.35 | 23.50 | 23.81 | 276,400 | 23.81 |
| May 17, 2004 | 23.43 | 23.78 | 23.17 | 23.19 | 301,900 | 23.19 |
| May 18, 2004 | 23.60 | 23.90 | 23.37 | 23.65 | 255,900 | 23.65 |
| May 19, 2004 | 23.89 | 24.90 | 23.45 | 23.54 | 594,500 | 23.54 |
| May 20, 2004 | 23.62 | 23.87 | 23.17 | 23.55 | 458,600 | 23.55 |
| May 21, 2004 | 23.63 | 24.30 | 23.60 | 24.05 | 535,000 | 24.05 |
| May 24, 2004 | 24.23 | 24.70 | 24.19 | 24.35 | 291,600 | 24.35 |
| May 25, 2004 | 24.42 | 25.30 | 24.08 | 25.29 | 590,800 | 25.29 |
| May 26, 2004 | 25.29 | 26.02 | 24.80 | 25.98 | 585,200 | 25.98 |
| May 27, 2004 | 26.03 | 26.03 | 25.20 | 25.60 | 627,600 | 25.60 |
| May 28, 2004 | 25.70 | 25.84 | 25.30 | 25.83 | 301,600 | 25.83 |
| June 1, 2004 | 25.74 | 26.19 | 25.50 | 26.11 | 344,500 | 26.11 |
| June 2, 2004 | 25.93 | 26.18 | 25.08 | 25.32 | 399,000 | 25.32 |
| June 3, 2004 | 25.16 | 25.38 | 24.28 | 24.38 | 381,200 | 24.38 |
| June 4, 2004 | 24.80 | 25.52 | 24.57 | 25.22 | 310,000 | 25.22 |
| June 7, 2004 | 25.57 | 26.02 | 25.29 | 26.02 | 279,100 | 26.02 |
| June 8, 2004 | 25.67 | 26.48 | 25.45 | 26.31 | 508,600 | 26.31 |

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| June 9, 2004 | 26.00 | 26.18 | 25.20 | 25.41 | 674,600 | 25.41 |
| June 10, 2004 | 25.65 | 25.87 | 24.52 | 24.89 | 474,600 | 24.89 |
| June 14, 2004 | 24.87 | 24.90 | 24.30 | 24.30 | 449,000 | 24.30 |
| June 15, 2004 | 24.60 | 25.43 | 24.60 | 25.00 | 316,000 | 25.00 |
| June 16, 2004 | 24.98 | 25.34 | 24.36 | 24.47 | 605,800 | 24.47 |
| June 17, 2004 | 24.59 | 24.59 | 23.50 | 23.72 | 392,300 | 23.72 |
| June 18, 2004 | 23.59 | 24.33 | 23.06 | 23.59 | 592,000 | 23.59 |
| June 21, 2004 | 23.60 | 23.91 | 23.35 | 23.45 | 340,500 | 23.45 |
| June 22, 2004 | 23.40 | 24.24 | 23.28 | 24.02 | 483,200 | 24.02 |
| June 23, 2004 | 23.98 | 24.95 | 23.55 | 24.77 | 538,500 | 24.77 |
| June 24, 2004 | 24.39 | 25.08 | 24.16 | 24.51 | 402,800 | 24.51 |
| June 25, 2004 | 24.50 | 25.21 | 24.35 | 25.19 | 532,300 | 25.19 |
| June 28, 2004 | 25.20 | 25.69 | 24.30 | 24.46 | 375,800 | 24.46 |
| June 29, 2004 | 24.52 | 25.47 | 24.21 | 25.40 | 439,100 | 25.40 |
| June 30, 2004 | 25.30 | 26.02 | 25.30 | 25.81 | 393,300 | 25.81 |
| July 1, 2004 | 26.02 | 26.02 | 24.50 | 24.72 | 458,200 | 24.72 |
| July 2, 2004 | 24.76 | 24.76 | 23.35 | 23.46 | 649,300 | 23.46 |
| July 6, 2004 | 23.25 | 23.25 | 22.24 | 22.50 | 894,800 | 22.50 |
| July 7, 2004 | 22.49 | 22.75 | 22.01 | 22.30 | 451,200 | 22.30 |
| July 8, 2004 | 22.15 | 22.83 | 21.91 | 22.03 | 510,100 | 22.03 |
| July 9, 2004 | 22.30 | 22.40 | 21.84 | 22.19 | 314,800 | 22.19 |
| July 12, 2004 | 21.80 | 21.80 | 21.10 | 21.25 | 854,400 | 21.25 |
| July 13, 2004 | 21.24 | 21.70 | 21.17 | 21.35 | 258,500 | 21.35 |
| July 14, 2004 | 20.89 | 21.45 | 20.54 | 20.64 | 663,000 | 20.64 |
| July 15, 2004 | 20.89 | 22.28 | 20.55 | 21.67 | 732,900 | 21.67 |
| July 16, 2004 | 21.90 | 22.18 | 21.00 | 21.08 | 404,800 | 21.08 |
| July 19, 2004 | 21.00 | 21.61 | 20.93 | 21.42 | 317,900 | 21.42 |
| July 20, 2004 | 21.42 | 21.93 | 21.07 | 21.93 | 357,700 | 21.93 |
| July 21, 2004 | 21.98 | 22.35 | 20.50 | 20.67 | 580,700 | 20.67 |
| July 22, 2004 | 20.67 | 21.64 | 20.35 | 21.34 | 718,100 | 21.34 |
| July 23, 2004 | 21.39 | 21.39 | 20.06 | 20.15 | 580,500 | 20.15 |
| July 26, 2004 | 20.26 | 21.89 | 19.71 | 20.38 | 1,176,100 | 20.38 |
| July 27, 2004 | 20.37 | 21.59 | 20.37 | 21.36 | 841,500 | 21.36 |
| July 28, 2004 | 21.41 | 21.41 | 20.25 | 20.85 | 605,800 | 20.85 |
| July 29, 2004 | 21.05 | 21.80 | 20.89 | 21.80 | 483,700 | 21.80 |
| July 30, 2004 | 21.85 | 23.13 | 21.68 | 22.75 | 641,200 | 22.75 |
| August 2, 2004 | 22.86 | 23.25 | 22.27 | 22.50 | 341,500 | 22.50 |
| August 3, 2004 | 22.55 | 22.65 | 21.52 | 21.60 | 339,800 | 21.60 |
| August 4, 2004 | 21.52 | 21.82 | 20.85 | 21.51 | 516,200 | 21.51 |
| August 5, 2004 | 21.53 | 21.94 | 21.38 | 21.54 | 315,300 | 21.54 |
| August 6, 2004 | 21.10 | 21.24 | 20.06 | 20.30 | 425,500 | 20.30 |
| August 9, 2004 | 20.33 | 20.43 | 19.75 | 19.97 | 434,800 | 19.97 |
| August 10, 2004 | 19.85 | 20.65 | 19.85 | 20.59 | 425,300 | 20.59 |
| August 11, 2004 | 19.90 | 19.93 | 18.84 | 19.56 | 866,200 | 19.56 |
| August 12, 2004 | 19.39 | 19.56 | 18.75 | 18.75 | 428,600 | 18.75 |
| August 13, 2004 | 18.75 | 18.99 | 18.45 | 18.69 | 365,900 | 18.69 |
| August 16, 2004 | 18.50 | 19.68 | 18.50 | 19.50 | 394,600 | 19.50 |
| August 17, 2004 | 19.89 | 20.19 | 19.61 | 19.68 | 343,000 | 19.68 |
| August 18, 2004 | 19.60 | 20.65 | 19.51 | 20.62 | 315,900 | 20.62 |
| August 19, 2004 | 20.68 | 20.68 | 20.00 | 20.16 | 328,600 | 20.16 |
| August 20, 2004 | 20.24 | 20.31 | 19.92 | 20.06 | 458,000 | 20.06 |

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| August 23, 2004 | 20.17 | 20.82 | 20.04 | 20.38 | 536,900 | 20.38 |
| August 24, 2004 | 20.48 | 20.55 | 19.73 | 19.97 | 329,900 | 19.97 |
| August 25, 2004 | 19.97 | 20.33 | 19.72 | 20.12 | 255,400 | 20.12 |
| August 26, 2004 | 20.20 | 20.49 | 19.72 | 19.95 | 219,600 | 19.95 |
| August 27, 2004 | 19.95 | 20.04 | 19.86 | 19.95 | 181,800 | 19.95 |
| August 30, 2004 | 19.86 | 19.95 | 19.21 | 19.21 | 207,300 | 19.21 |
| August 31, 2004 | 19.21 | 19.53 | 18.86 | 19.36 | 324,400 | 19.36 |
| September 1, 2004 | 19.38 | 20.20 | 19.24 | 19.46 | 387,200 | 19.46 |
| September 2, 2004 | 19.46 | 19.81 | 19.25 | 19.70 | 255,200 | 19.70 |
| September 3, 2004 | 19.59 | 19.75 | 18.80 | 19.15 | 411,800 | 19.15 |
| September 7, 2004 | 19.31 | 19.70 | 19.16 | 19.29 | 229,300 | 19.29 |
| September 8, 2004 | 19.35 | 19.88 | 19.12 | 19.24 | 319,800 | 19.24 |
| September 9, 2004 | 19.43 | 20.36 | 19.24 | 20.19 | 518,600 | 20.19 |
| September 10, 2004 | 20.26 | 21.50 | 20.04 | 21.45 | 599,400 | 21.45 |
| September 13, 2004 | 21.61 | 22.35 | 21.55 | 21.87 | 694,100 | 21.87 |
| September 14, 2004 | 21.92 | 22.06 | 21.50 | 21.84 | 270,300 | 21.84 |
| September 15, 2004 | 21.63 | 21.63 | 20.79 | 20.96 | 324,300 | 20.96 |
| September 16, 2004 | 20.99 | 21.10 | 20.55 | 20.77 | 534,500 | 20.77 |
| September 17, 2004 | 20.99 | 21.20 | 20.32 | 20.94 | 313,000 | 20.94 |
| September 20, 2004 | 20.80 | 21.58 | 20.64 | 21.32 | 358,100 | 21.32 |
| September 21, 2004 | 21.33 | 21.63 | 20.91 | 21.24 | 257,800 | 21.24 |
| September 22, 2004 | 21.36 | 21.44 | 20.52 | 20.57 | 295,400 | 20.57 |
| September 23, 2004 | 20.89 | 21.17 | 20.31 | 20.82 | 235,100 | 20.82 |
| September 24, 2004 | 20.76 | 21.10 | 20.42 | 20.45 | 353,400 | 20.45 |
| September 27, 2004 | 20.45 | 20.87 | 20.27 | 20.49 | 418,700 | 20.49 |
| September 28, 2004 | 20.67 | 20.95 | 20.39 | 20.82 | 354,200 | 20.82 |
| September 29, 2004 | 20.63 | 21.45 | 20.59 | 21.16 | 267,000 | 21.16 |
| September 30, 2004 | 21.17 | 21.60 | 20.96 | 20.97 | 221,400 | 20.97 |
| October 1, 2004 | 21.41 | 22.10 | 21.22 | 21.93 | 306,400 | 21.93 |
| October 4, 2004 | 22.40 | 22.97 | 22.19 | 22.63 | 449,300 | 22.63 |
| October 5, 2004 | 22.57 | 22.81 | 22.05 | 22.28 | 384,100 | 22.28 |
| October 6, 2004 | 22.12 | 22.21 | 21.84 | 22.16 | 235,000 | 22.16 |
| October 7, 2004 | 22.10 | 23.04 | 22.10 | 22.73 | 628,600 | 22.73 |
| October 8, 2004 | 22.52 | 22.68 | 21.76 | 21.87 | 736,900 | 21.87 |
| October 11, 2004 | 22.00 | 22.18 | 21.75 | 22.16 | 270,400 | 22.16 |
| October 12, 2004 | 21.64 | 22.00 | 21.52 | 21.83 | 351,600 | 21.83 |
| October 13, 2004 | 20.17 | 20.50 | 19.50 | 19.60 | 2,230,400 | 19.60 |
| October 14, 2004 | 19.44 | 19.50 | 17.87 | 17.89 | 1,349,100 | 17.89 |
| October 15, 2004 | 17.92 | 18.18 | 17.45 | 17.59 | 668,000 | 17.59 |
| October 18, 2004 | 17.91 | 18.29 | 17.83 | 18.13 | 1,159,500 | 18.13 |
| October 19, 2004 | 18.37 | 18.84 | 18.15 | 18.33 | 802,400 | 18.33 |
| October 20, 2004 | 18.20 | 18.36 | 17.84 | 18.04 | 699,700 | 18.04 |
| October 21, 2004 | 18.21 | 19.00 | 17.98 | 18.81 | 718,400 | 18.81 |
| October 22, 2004 | 18.90 | 19.06 | 18.27 | 18.39 | 531,500 | 18.39 |
| October 25, 2004 | 18.36 | 19.20 | 18.36 | 18.71 | 405,100 | 18.71 |
| October 26, 2004 | 18.64 | 18.93 | 18.55 | 18.69 | 494,800 | 18.69 |
| October 27, 2004 | 18.65 | 19.45 | 18.60 | 19.28 | 663,500 | 19.28 |
| October 28, 2004 | 19.21 | 19.94 | 19.21 | 19.88 | 655,300 | 19.88 |
| October 29, 2004 | 19.87 | 19.95 | 19.39 | 19.54 | 442,100 | 19.54 |
| November 1, 2004 | 19.40 | 19.76 | 19.25 | 19.61 | 306,800 | 19.61 |
| November 2, 2004 | 19.73 | 20.07 | 19.59 | 19.72 | 256,700 | 19.72 |

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| November 3, 2004 | 20.25 | 20.28 | 19.42 | 19.71 | 302,200 | 19.71 |
| November 4, 2004 | 19.73 | 19.77 | 19.28 | 19.71 | 381,500 | 19.71 |
| November 5, 2004 | 19.85 | 20.20 | 19.68 | 19.91 | 338,300 | 19.91 |
| November 8, 2004 | 19.97 | 20.21 | 19.50 | 19.75 | 510,100 | 19.75 |
| November 9, 2004 | 19.77 | 19.97 | 19.41 | 19.48 | 479,100 | 19.48 |
| November 10, 2004 | 19.55 | 19.74 | 19.08 | 19.09 | 374,300 | 19.09 |
| November 11, 2004 | 19.43 | 19.65 | 19.06 | 19.55 | 424,700 | 19.55 |
| November 12, 2004 | 19.57 | 19.60 | 19.18 | 19.50 | 375,800 | 19.50 |
| November 15, 2004 | 19.39 | 21.00 | 19.39 | 20.66 | 848,200 | 20.66 |
| November 16, 2004 | 20.65 | 20.65 | 20.24 | 20.42 | 250,800 | 20.42 |
| November 17, 2004 | 20.67 | 21.29 | 20.52 | 20.95 | 349,800 | 20.95 |
| November 18, 2004 | 20.72 | 21.25 | 20.62 | 21.20 | 241,700 | 21.20 |
| November 19, 2004 | 20.99 | 21.22 | 20.25 | 20.32 | 342,400 | 20.32 |
| November 22, 2004 | 20.39 | 20.48 | 20.02 | 20.48 | 161,600 | 20.48 |
| November 23, 2004 | 20.50 | 20.60 | 20.02 | 20.17 | 259,100 | 20.17 |
| November 24, 2004 | 20.05 | 20.50 | 20.05 | 20.09 | 235,200 | 20.09 |
| November 26, 2004 | 20.16 | 20.55 | 20.01 | 20.03 | 139,400 | 20.03 |
| November 29, 2004 | 20.09 | 20.42 | 19.65 | 19.86 | 349,200 | 19.86 |
| November 30, 2004 | 19.93 | 19.93 | 19.30 | 19.39 | 528,400 | 19.39 |
| December 1, 2004 | 19.60 | 20.10 | 19.54 | 20.08 | 506,200 | 20.08 |
| December 2, 2004 | 19.87 | 20.65 | 19.76 | 20.13 | 423,900 | 20.13 |
| December 3, 2004 | 20.74 | 21.00 | 20.55 | 20.88 | 517,700 | 20.88 |
| December 6, 2004 | 20.82 | 20.97 | 20.50 | 20.73 | 269,000 | 20.73 |
| December 7, 2004 | 20.82 | 20.93 | 19.79 | 19.81 | 302,900 | 19.81 |
| December 8, 2004 | 19.91 | 19.91 | 19.31 | 19.52 | 340,700 | 19.52 |
| December 9, 2004 | 19.21 | 19.90 | 19.03 | 19.58 | 412,800 | 19.58 |
| December 10, 2004 | 19.57 | 19.77 | 19.37 | 19.51 | 259,800 | 19.51 |
| December 13, 2004 | 19.48 | 19.97 | 19.32 | 19.88 | 532,800 | 19.88 |
| December 14, 2004 | 19.98 | 20.55 | 19.85 | 20.34 | 645,200 | 20.34 |
| December 15, 2004 | 20.51 | 20.86 | 20.28 | 20.76 | 526,700 | 20.76 |
| December 16, 2004 | 20.84 | 20.90 | 20.25 | 20.41 | 497,300 | 20.41 |
| December 17, 2004 | 20.28 | 20.64 | 20.00 | 20.53 | 800,600 | 20.53 |
| December 20, 2004 | 20.74 | 20.90 | 20.21 | 20.35 | 483,100 | 20.35 |
| December 21, 2004 | 20.30 | 21.06 | 20.30 | 20.90 | 427,700 | 20.90 |
| December 22, 2004 | 20.90 | 21.14 | 20.77 | 21.04 | 303,400 | 21.04 |
| December 23, 2004 | 20.92 | 21.09 | 20.62 | 20.86 | 326,000 | 20.86 |
| December 27, 2004 | 20.98 | 21.00 | 20.43 | 20.48 | 243,900 | 20.48 |
| December 28, 2004 | 20.43 | 20.81 | 20.43 | 20.64 | 286,800 | 20.64 |
| December 29, 2004 | 20.65 | 20.98 | 20.33 | 20.34 | 523,700 | 20.34 |
| December 30, 2004 | 20.32 | 20.88 | 20.32 | 20.68 | 289,200 | 20.68 |
| December 31, 2004 | 20.62 | 21.25 | 20.55 | 21.07 | 337,300 | 21.07 |
| January 3, 2005 | 21.27 | 21.28 | 20.22 | 20.44 | 509,400 | 20.44 |
| January 4, 2005 | 20.60 | 20.63 | 19.04 | 19.41 | 936,900 | 19.41 |
| January 5, 2005 | 19.10 | 19.25 | 18.74 | 18.79 | 718,500 | 18.79 |
| January 6, 2005 | 19.20 | 19.20 | 18.30 | 18.30 | 491,300 | 18.30 |
| January 7, 2005 | 18.60 | 18.99 | 17.94 | 18.60 | 512,300 | 18.60 |
| January 10, 2005 | 18.52 | 18.74 | 18.25 | 18.31 | 294,600 | 18.31 |
| January 11, 2005 | 18.17 | 18.38 | 18.01 | 18.09 | 357,100 | 18.09 |
| January 12, 2005 | 18.31 | 18.70 | 18.19 | 18.60 | 393,700 | 18.60 |
| January 13, 2005 | 18.50 | 18.59 | 17.97 | 18.25 | 706,600 | 18.25 |
| January 14, 2005 | 18.36 | 18.68 | 18.29 | 18.50 | 370,900 | 18.50 |

| Date | Open | High | Low | Close | Volume | Adj. Close |
|---|---|---|---|---|---|---|
| January 18, 2005 | 18.43 | 18.94 | 18.34 | 18.77 | 407,800 | 18.77 |
| January 19, 2005 | 19.08 | 19.35 | 18.78 | 18.79 | 779,800 | 18.79 |
| January 20, 2005 | 18.78 | 18.95 | 18.50 | 18.50 | 628,000 | 18.50 |
| January 21, 2005 | 18.78 | 18.78 | 17.74 | 17.83 | 754,600 | 17.83 |
| January 24, 2005 | 17.96 | 17.96 | 16.93 | 17.08 | 914,800 | 17.08 |
| January 25, 2005 | 16.95 | 17.32 | 16.70 | 16.96 | 652,900 | 16.96 |
| January 26, 2005 | 17.20 | 17.50 | 16.91 | 17.43 | 498,800 | 17.43 |
| January 27, 2005 | 17.40 | 17.94 | 17.24 | 17.61 | 397,700 | 17.61 |
| January 28, 2005 | 17.70 | 17.70 | 17.01 | 17.14 | 428,600 | 17.14 |
| January 31, 2005 | 17.41 | 17.61 | 17.25 | 17.49 | 375,900 | 17.49 |
| February 1, 2005 | 17.31 | 17.50 | 17.10 | 17.24 | 566,400 | 17.24 |
| February 2, 2005 | 17.22 | 17.53 | 17.21 | 17.42 | 354,000 | 17.42 |
| February 3, 2005 | 17.45 | 17.63 | 17.19 | 17.44 | 398,800 | 17.44 |
| February 4, 2005 | 17.49 | 18.28 | 17.35 | 18.20 | 543,800 | 18.20 |
| February 7, 2005 | 18.30 | 18.80 | 18.25 | 18.37 | 1,002,500 | 18.37 |
| February 8, 2005 | 18.30 | 18.99 | 18.30 | 18.84 | 978,100 | 18.84 |
| February 9, 2005 | 18.99 | 19.10 | 18.65 | 18.73 | 733,100 | 18.73 |
| February 10, 2005 | 18.73 | 19.00 | 18.37 | 18.86 | 822,900 | 18.86 |

*Source*: Data from http://finance.yahoo.com/q?s=veco.