## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 19th day of December, 2005, I caused true and correct copies of the Memorandum of Law in Support of Defendants' Opposition to Plaintiff's Motion for Class Certification, and the Declaration of Robert F. Serio in Support of Defendants' Opposition to Plaintiff's Motion for Class Certification, to be served by First Class United States Mail on counsel for Lead Plaintiff at the following address:

Sherrie R. Savett, Esq.
Berger & Montague, P.C.
1622 Locust St.
Philadelphia, PA  19103

_____
J. Ross Wallin