## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2005, I caused a true and correct copy of the foregoing Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint with accompanying Exhibit A, to be served via electronic filing and First-Class Mail upon:

> Robert J. Serio, Esq.
> J. Ross Wallin, Esq.
> Colin Young, Esq.
> **GIBSON, DUNN & CRUTCHER LLP**
> 200 Park Avenue
> New York, NY 10166

*Counsel for Defendants*

By: _____
**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett (I.D. 17646)
Phyllis M. Parker (I.D. 77336)
Jeffrey L. Osterwise (I.D. 201859)
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4674 (fax)

*Lead Counsel for Lead Plaintiff*
*Steelworkers Pension Trust and*
*the Class*

401384_01.wpd