## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2006, I caused a true and correct copy of the foregoing Lead Plaintiff Steelworkers Pension Trust's Reply Memorandum in Further Support of its Motion for Class Certification to be served via electronic filing and First-Class Mail upon:

>Robert J. Serio, Esq.
>J. Ross Wallin, Esq.
>Colin Young, Esq.
>**GIBSON, DUNN & CRUTCHER LLP**
>200 Park Avenue
>New York, NY 10166

*Counsel for Defendants*

By: _____
**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett (I.D. 17646)
Phyllis M. Parker (I.D. 77336)
Jeffrey L. Osterwise (I.D. 201859)
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4674 (fax)

*Lead Counsel for Lead Plaintiff Steelworkers Pension Trust and the Class*

401646_02.wpd