UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                       :
IN RE VEECO INSTRUMENTS INC.       :
SECURITIES LITIGATION            :    No. 7:05-MD-01695-CM
                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                       :
THIS DOCUMENT RELATES TO:      :
ALL ACTIONS                     :
                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF J. ROSS WALLIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Counsel for Defendants Veeco Instruments Inc.,
Edward H. Braun, John F. Rein, Jr. and John P.
Kiernan*

January 10, 2006

J. ROSS WALLIN declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an associate of the law firm of Gibson, Dunn & Crutcher LLP, counsel to Defendants Veeco Instruments Inc., Edward H. Braun, John F. Rein, Jr., and John P. Kiernan in this action.

2.      Attached hereto as Exhibit A is a true and correct copy of the October 12, 2004 press release of Veeco Instruments Inc.

3.      Attached hereto as Exhibit B is a true and correct copy of the PowerPoint presentation delivered by Veeco Instruments Inc. at the September 8, 2004 Smith Barney Citigroup 2004 Technology Conference.

4.      Attached hereto as Exhibit C is a true and correct copy of the July 26, 2004 press release of Veeco Instruments Inc.

Executed on January 10, 2006.

_____
J. Ross Wallin