# Exhibit B-1



Veeco Solutions for a nanoscale world.

# VEECO INSTRUMENTS INC.

## SMITH BARNEY CITIGROUP
## 2004 TECHNOLOGY CONFERENCE

## SEPTEMBER 8, 2004

**Ed Braun**
**Chairman & CEO**

# VEECO PROVIDES ENABLING NANOSCALE PROCESS EQUIPMENT AND METROLOGY SOLUTIONS TO MULTIPLE GROWTH MARKETS

| Data Storage | Semiconductor | Compound Semi/Wireless | Scientific Research |
|---|---|---|---|
|  |  |  |  |
| 80 and 160 GB; microdrives | 90 and 65 nm; 300mm | HB-LEDs, WiFi, camera cell phones | Nanotech & Life Science |



# VEECO LEVERAGES CORE TECHNOLOGIES IN GROWTH MARKETS

## WHAT WE DO...

**PROCESS EQUIPMENT (ADD AND REMOVE MATERIAL)**

ION BEAM DEPOSITION
EPITAXIAL DEPOSTION

ION BEAM ETCH

**METROLOGY (IMAGE, MEASURE MANIPULATE)**

ATOMIC FORCE MICROSCOPY
OPTICAL INTERFEROMETRY

## MARKETS WE SERVE...

**1H ’04 REVENUE ($197.4M;UP 42%)**

*Multiple markets provide stable growth offsetting individual market volatility…Broader opportunities than silicon semiconductor*



# LEADERSHIP TECHNOLOGIES SERVING MULTIPLE MARKETS

PROCESS EQUIPMENT
METROLOGY
IBE PVD IBD MBE MOVCD PRECISION LAPPING
ATOMIC FORCE MICROSCOPY, OPTICAL PROFILOMETERS
DATA STORAGE
SEMI/WIRELESS
SCIENTIFIC RESEARCH

***USE PRODUCT LEADERSHIP TO CREATE CRITICAL MASS IN KEY MARKETS, AT KEY ACCOUNTS***

Veeco



# SERVING INDUSTRY LEADERS

| MARKETS | PRODUCTS |
| --- | --- |
| *Data Storage* | *#1 Equipment Supplier for TFMHs;*<br>*Etch, Deposition, Lapping and Metrology* |
| *Wireless & Compound Semi* | *Only Broad line Equipment and Metrology Supplier*<br>*MBE, MOCVD (Epitaxial Deposition) and Metrology* |
| *Semiconductor* | *#1 3D AFM Metrology*<br>*Automated Atomic Force Microscopy and Optical Profilers* |
| *Scientific Research* | *#1 AFMs, SPMs and Optical Profilers*<br>*Breadth of research solutions* |

## CUSTOMERS

HITACHI
Inspire the Next

Western Digital

ALPS

# VEECO 2004 INVESTMENT THEMES

- We are a leading supplier of enabling technology for converging data storage, semiconductor/compound semi and HB LED, color display growth opportunities

- In the post PC era…microdrives, HB LEDs, color displays, and wireless technology will enable a wave of new high volume, digital consumer electronics for mass markets

- A diverse market and product mix allows Veeco a broader customer and product technology base than most other semi equipment companies

- Nanotechnology, smaller form factors, higher density and new materials will drive extensions of:
  - Moore's Law          20nm feature size
  - Areal Density          1 Tb/in²
  - Large high resolution, high brightness color displays





# VEECO'S HISTORICAL FINANCIALS AND OUTLOOK

2004 Forecast ...a revenue and earnings recovery year
*Exclusive of non-recurring charges
Δ Street consensus ($M)
10 YR. CAGR 17%
$86.1
$131.8
$199.5
$266.6
$263.4
$312.4
$376.1
$449.3
$298.9
$279.0
$412.9
Δ Forecast
'94 '95 '96 '97 '98 '99 '00 '01 '02 '03 '04
SALES
10 YR. CAGR 19%
$8.3*
$24.4*
$38.1
$45.7*
$30.4*
$45.3*
$44.1*
$58.0*
$1.3*
$13.0*
$45.6
Δ Forecast
'94 '95 '96 '97 '98 '99 '00 '01 '02 '03 '04
EBITA

- ***Our Company was founded in 1990 with sales of $30 million and went public in 1994***
- ***10 year revenue growth from $86M to $413M...+17% CG per year ('94-'04)***

Veeco

# VEECO MULTI-MARKET GROWTH OPPORTUNITY

| | |
|---|---|
| **Data Storage** | Continued 80 GB production ramp, development of next generation 120/ 160 GB drives and advanced development of (perpendicular heads) for 2005/2006. Microdrives to enable new wireless consumer products (Ipod, TiVo, camera/cell phones) |
| **Semiconductor** | Complete 90nm, 300 mm ramp, development of 65nm, 45nm |
| **Wireless** | Explosive growth of Blue LED's for backlighting of color displays, handheld camera/ cell phone, large color screens, PDA, Wi Max, automotive, solid state lighting and RF devices |
| **Scientific Research** | Continued strength of research AFMs/SPMs<br>Nanoscience emerges (life sciences, material sciences genomics) |

***The content of Veeco's enabling technologies increases in new consumer applications***



# VEECO: EQUIPMENT FOR HIGH GROWTH DIGITAL, WIRELESS CONSUMER PRODUCTS

**These consumer products represent the convergence of Semiconductor chips, wireless chips, microdrives, high resolution color displays, and high brightness LEDs**

**TiVo**

*HDD for DVR/DVT*

**+35.9% CAGR**
**'02-'08**

**GPS**

*HDD for GPS; Auto Nav.*

**+61.4% CAGR**
**'02-'08**

**MP4 Video**

**+33.6% CAGR**
**'02-'08**

*HDD for Digital Cameras, Audio Players.*

*Wireless Mobile Consumer Products*

**Flat Panel Display Backlighting**

**+145.7% CAGR**
**'02-'08**

*LCDs Backlighting*

**+159.2% CAGR**
**'02-'08**

**HB-LED Headlights**

*LEDs…signs;mobile; illumination*

**Home Media Server**

**+71.2% CAGR**
**'02-'08**

*HDDs for Home Networking*

Veeco

Sources: IDC, 2004; Strategies Unlimited 2004 SBC 090804-EHB

# VEECO IN A BROAD MULTI MARKET RECOVERY

**Orders doubled in 3 quarters*

**ORDERS**

| | 2003 Q1 | 2003 Q2 | 2003 Q3 | 2003 Q4 | 2004 Q1 | 2004 Q2 |
|---|---|---|---|---|---|---|
| Orders | $72.7 | $64.0 | $64.0 | $96.8 | $117 | *$124.7M |

Axis: 120, 70, 20, -30

**REVENUE**

**Revenue up 50% in 3 quarters*

| | 2003 Q1 | 2003 Q2 | 2003 Q3 | 2003 Q4 | 2004 Q1 | 2004 Q2 |
|---|---|---|---|---|---|---|
| Revenue | $65.8 | $73.4 | $63.1 | $76.9 | $94.5 | *$103M |

Axis: 120, 100, 80, 60, 40, 20, 0

**EBITA**

**EBITA triples in 3 quarters*

| | 2003 Q1 | 2003 Q2 | 2003 Q3 | 2003 Q4 | 2004 Q1 | 2004 Q2 |
|---|---|---|---|---|---|---|
| EBITA | $3.0 | $3.2 | $3.3 | $3.5 | $7.5 | *$9.3M |

Axis: 9, 8, 7, 6, 5, 4, 3, 2, 1, 0

***Q2 Backlog increased to $164M***

Veeco

# VEECO GROWTH OPPORTUNITY BY MARKET

**Compound Semi/Wireless**
*(Source:Strategies Unlimited/ Lighting)*

**Semiconductor**
*(Source:VLSI Semi Equipment)*

**Data Storage**
*(Source:Trend Focus: TFMH)*

**Scientific Research**
*(Source:GNP)*

** 2004 Analysts' Consensus*
**** Veeco 2005 Assuming Growth Per Industry Forecast*



# DIVERSITY OF MULTIPLE MARKETS, PRODUCTS AND GEOGRAPHIC PENETRATION

Process Equipment
59%
Metrology
41%
MULTIPLE PRODUCTS
Scientific Res.
26%
Data Storage
35%
Semi/CS/ Wireless
39%
MULTIPLE MARKETS
Europe
18%
US
37%
Asia Pacific
30%
Japan
15%
MULTIPLE REGIONS

***Q2 2004 Sales $102.9M, up 40%***

Veeco



Veeco
Solutions for a nanoscale world.

# MARKETS



# YOUR NEXT COMPUTER….
***Losing the wires is only the beginning***

***There are 1.5 billion mobile phones in the world today. They browse the Web, take pictures, send email, watch movies and play games. Soon they could make your PC obsolete.***





# WIRELESS CONSUMER PRODUCT GROWTH WILL DRIVE NEXT WAVE OF EQUIPMENT SPENDING

- Convergence of Semi/Data Storage/Wireless creates a new class of high volume, high growth consumer products with explosive unit growth from 2004-2007
- Wireless mobile consumer products (including cell phones) will approach 2 billion units by 2010… Compared to the installed base of 500 million PC's



# HOME OF THE (NEAR) FUTURE

## *By 2010 each household will own 10 HDD's**

### ***Mobile Applications***

***New Microdrive (.85 dia.)***

***MP4 Video***

***Laptop***

***MP3 Music (i.e., iPod)***

***Mobile Phone***

***Automobile GPS Navigation***

### ***Home Applications***

***Home Media Server***

***TiVo/DVR***

***Entertainment Centers/PCs***

***Game (Xbox, PlayStation, etc)***

* Source: Hitachi Global Storage Technologies

Veeco

**SBC 090804-EHB**



# HARD DISK DRIVE GROWTH STORY

*…opportunity for unit growth to double*







# TFMH FORECASTED GROWTH (REVENUE AND UNITS) TO REACH RECORD LEVELS

***CE Examples***

- *MP3 (Microdrive)*
- *MP4 (Microdrive)*
- *Digital Photo (Microdrive)*
- *TiVo*
- *Automobile GPS*
- *Other*

*"In 5-7 Years Consumer Electronic HDD could = PC shipments"*
*Bill Watkins, Seagate March 2004 Diskcon Singapore*

# VEECO'S DATA STORAGE OPPORTUNITY: SHRINKING DIMENSIONS REQUIRE "RE-TOOLING"

Areal density roadmap increases (50% per year) toward CPP (perpendicular recording) capable of 1 Terabit/in² (2006)… will require new manufacturing technology

SBC 090804-EHB





# UNPRECEDENTED READER, WRITER, SLIDER AND FORM FACTOR CHANGES OCCURRING SIMULTANEOUSLY

***TFMH Technology Changes Drive Capital Equipment Growth***

**Microdrives**

**Slider Shrinks**

**Reader & Writer Development**





# VEECO'S DATA STORAGE OPPORTUNITY: INDUSTRY'S BROADEST LINE OF ETCH, DEPOSITION AND METROLOGY

- Industry's broadest line of etch, deposition and metrology
- Industry's largest installed base (3,000 systems in the field)…Strong key account relationships
- Aii lapping, dicing and slicing … total slider fab solution opportunity…first saw order
- Customers currently require upgrade and new technology…for 80 GB ramp, intro of 120GB and research for CPP… Veeco launches NEXUS etch and deposition solutions
- ***First half orders $71.4M (up 45% vs '03)***
  ***revenue $67.0M (up 54% vs '03)***



# VEECO: IN EVERY STEP OF YOUR TFMH PROCESS

SENSOR DEPOSITION
WRITER DEFINITION
COIL DEPOSITION
ROWBAR SLICE
ABS DEFINITION
SLIDER DICE
ASSEMBLY
BURN
WAFER PROCESSES
ROWBAR/SLIDER PROCESSES
HGS, FINAL ASSY AND TEST

Process Equipment
Atomic Layer Deposition
Aii Lapping
NEW
Physical Vapor Deposition
NEW
Aii Slicing
NEW
Aii Dicing
Single Slider Curvature Adjust System
Ion Beam Deposition
Diamond-Like Carbon
Ion Beam Etch
Ion Beam Etch
Metrology
Atomic Force Microscopy (AFM)
Optical Profiling
Magnetic Test
Pole Tip Measurement & Defect Inspection
Veeco: a singular vision for data storage.
Veeco is the only company that provides a complete suite of process equipment and metrology solutions for every step of your process today. And, we are the only company making the investment to extend the breadth of our technologies and precision of our solutions to be a strategic partner as you make the transition to smaller, higher-density drives in the future.

SBC 090804-EHB

22



# WIRELESS/TELECOM…*Q2 record Veeco orders $51.1M*

- Veeco is the leading supplier of thin-film process equipment and metrology solutions to the compound semiconductor industry
  - Unique ability to provide both MBE and MOCVD – two epitaxial technologies that determine functionality and performance of devices
  - Strategy to become a "one-stop shop" for equipment

- Growth in camera/ cell phone applications. Fully featured phones include >20 compound semi devices per phone. Cell phone sales expected to nearly double to 750M units by 2008

- LED backlighting growth opportunity to include larger color display applications (mobile PC's and flat panel TV displays)

- New automotive applications, headlights, fog lights and instrument panel displays

- Record Q2 orders $51.1M, total of 26 MOCVD and 7 MBE systems, included 6 multiple system orders

- ***First half orders $90.2M up 346% vs '03***
  ***revenue $45.2M up 145% vs '03***





# HB LEDS…A MULTIPLE MARKET GROWTH OPPORTUNITY

Efficiency
(lm/W)
200
120
80
40
20
Future
Present
Illumination
* Outdoor
* Indoor
* Wi-MAX/Mobil Wireless Communications
Automotive
* Radar
Mobile
* Flash
* Power Amps
* Head Lamp
* LCD TV
* HD-DVD
* Backlight
* Keypad
* Stop lamp
* LCD Monitor
* Interior
Sign
Electronic Equipment
Signal
~ 2000
2001 ~ 2003
2004 ~ 2006
2007~

Source: Samsung BLUE 2004