UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
:
IN RE VEECO INSTRUMENTS INC.      :   No. 7:05-MD-01695-CM
SECURITIES LITIGATION              :
:
:
------------------------------------------------x
:
THIS DOCUMENT RELATES TO:         :
ALL ACTIONS                        :
:
:
------------------------------------------------x

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify, under penalty of perjury, that on the 10th day of April, 2006, I caused the Answer of Defendants Veeco Instruments Inc., Edward H. Braun, John F. Rein, Jr., and John P. Kiernan to Plaintiff's Consolidated Amended Class Action Complaint, dated April 10, 2006, to be electronically filed and also caused true and correct copies of the same to be served on the following counsel for lead plaintiff by electronic means:

Sherrie R. Savett, Esq.
Berger & Montague, P.C.
1622 Locust St.
Philadelphia, PA  19103

_____
J. Ross Wallin (JW-3911)