UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.        :      Case No.: 7:05-md-01695 (CM)
SECURITIES LITIGATION                :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO             :
ALL ACTIONS                          :
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2006, I caused a true and correct copy of the Plaintiffs' Motion To Compel Production of Documents Concerning Veeco's Internal Investigation; Memorandum of Law in Support of Plaintiffs' Motion To Compel Production of Documents Concerning Veeco's Internal Investigation; Declaration of Jeffrey L. Osterwise in Support of Plaintiffs' Motion To Compel Production of Documents Concerning Veeco's Internal Investigation; Declaration of Phyllis M. Parker of Compliance with Federal Rule of Civil Procedure 37(a) and Local Rule 37 in Support of Plaintiffs' Motion To Compel Production of Documents Concerning Veeco's Internal Investigation and [Proposed] Order, to be served upon the following Counsel by electronic means:

John A. Herfort, Esq.
Robert J. Serio, Esq
J. Ross Wallin, Esq.
Colin R. Young, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166

*Counsel for Defendants*

Phyllis M. Parker

408591.wpd