UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In Re VEECO INSTRUMENTS, INC.,        :    05-MD-1695 (CM)
SECURITIES LITIGATION                 :
---------------------------------------------------------x
THIS DOCUMENT RELATES TO:             :
---------------------------------------------------------x
AUGUST SCHUPP, III, derivatively on behalf of  :  05-CV-10225 (CM)
VEECO INSTRUMENTS, INC.,              :
                                      :
            Plaintiff(s),             :
                                      :
    v.                                :
                                      :
EDWARD H. BRAUN, et al.,              :
                                      :
            Defendant(s),             :
---------------------------------------------------------x
DAVID ALTMAN, derivatively on behalf of  :  05-CV-10226 (CM)
VEECO INSTRUMENTS, INC.,              :
                                      :
            Plaintiff(s),             :
                                      :
    v.                                :
                                      :
EDWARD H. BRAUN, et al.,              :
                                      :
            Defendant(s)              :
---------------------------------------------------------x

**DECLARATION OF SHANE T. ROWLEY IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN FURTHER SUPPORT OF THEIR MOTION FOR LEAVE TO AMEND THEIR CONSOLIDATED AMENDED SHAREHOLDER DERIVATIVE COMPLAINT AND TO FILE A SECOND CONSOLIDATED AMENDED <u>SHAREHOLDER DERIVATIVE COMPLAINT</u>**

I, SHANE T. ROWLEY, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am partner in the law firm of Faruqi & Faruqi, LLP, counsel to Plaintiffs August Schupp, III, and Davit Altman (the "Derivative Plaintiffs").

2. Attached hereto as Exhibit A is a true and correct copy of the *Wall Street Journal* (the "Journal") article entitled *The Perfect Payday: Some CEOs Reap Millions By Landing Stock Options When They Are Most Valuable: Luck-Or Something Else?*, dated March 18, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of the Journal's article entitled *ACS Officers Quit After Internal Options Probe*, dated November 27, 2006.

5. Attached hereto as Exhibit C is a true and correct copy of the letter from Robert Serio, counsel for Defendants of the law firm of Gibson, Dunn & Crutcher LLP to the Honorable Colleen McMahon, dated July 27, 2006, endorsed by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of December 2006.

_____
Shane T. Rowley