UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
In Re VEECO INSTRUMENTS, INC.,           :  05-MD-1695 (CM)
SECURITIES LITIGATION                    :
----------------------------------------x
THIS DOCUMENT RELATES TO:                :
----------------------------------------x
AUGUST SCHUPP, III, derivatively on behalf of : 05-CV-10225 (CM)
VEECO INSTRUMENTS, INC.,                 :
                                         :
        Plaintiff(s),                    :
                                         :
    v.                                   :
                                         :
EDWARD H. BRAUN, et al.,                 :
                                         :
        Defendant(s),                    :
----------------------------------------x
DAVID ALTMAN, derivatively on behalf of  :  05-CV-10226 (CM)
VEECO INSTRUMENTS, INC.,                 :
                                         :
        Plaintiff(s),                    :
                                         :
    v.                                   :
                                         :
EDWARD H. BRAUN, et al.,                 :
                                         :
        Defendant(s)                     :
----------------------------------------x

## CERTIFICATE OF SERVICE

I, Jamie R. Mogil, hereby certify that on December 1, 2006, I caused a true and correct copies of: (i) Plaintiffs' Reply in Further Support of Their Motion for Leave to Amend the Amended Verified Shareholder Derivative Complaint and to File a Second Amended Shareholder Derivative Complaint; and (ii) the Declaration of Shane T. Rowley in Support of Plaintiffs' Reply in Further Support of Their Motion for Leave to Amend the Amended Verified Shareholder Derivative Complaint and to File a Second Amended Shareholder Derivative

Complaint and the exhibits annexed thereto, to be served upon the following counsel by electronic means and overnight delivery:

| | |
|---|---|
| John A. Herfort, Esq.<br>Robert J. Serio, Esq.<br>J. Ross Wallin, Esq.<br>Colin R. Young, Esq.<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY  10066<br><br>*Counsel for Defendants* | Sherri R. Savett, Esq.<br>**BERGER & MONTAGUE, P.C.**<br>1622 Locust Street<br>Philadelphia, PA  19103-6356<br><br>*Counsel for Securities Plaintiff* |

_____
Jamie R. Mogil