UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.            :      Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                              :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO             :
ALL ACTIONS                                              :
------------------------------------------------------- x

### [PROPOSED] ORDER

Upon consideration of Lead Plaintiff's motion to this Court to compel Defendants to produce to Lead Plaintiff all non-privileged documents, concerning Edward H. Braun, John F. Rein, Jr., John P. Kiernan, Gary Reifert, Scott Glassman, Larry Karp and Frances Scally, which are stored electronically on backup tapes and which are responsive to Lead Plaintiff's requests for production of documents, and this Court having considered any opposition thereto, IT IS HEREBY ORDERED that Lead Plaintiff's Motion is GRANTED.

**IT IS SO ORDERED:**

Date: _____, 2007

_____
Honorable George A. Yanthis
United States Magistrate Judge

413809_01.wpd