UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.          :    Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                   :
---------------------------------------------------------- x
---------------------------------------------------------- x
THIS DOCUMENT RELATES TO                :
ALL ACTIONS                             :
                                        :
---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, hereby certify that on March 1, 2007, true and correct copies of the Declaration of Jeffrey L. Osterwise in Further Support of Lead Plaintiff's Motion to Vacate and Reverse the Discovery Order of Magistrate Judge George A. Yanthis Signed January 24, 2007 Pursuant to Federal Rule of Civil Procedure 72 and attached exhibits were served upon the following Counsel via electronic means:

John A. Herfort, Esq.
Robert J. Serio, Esq
J. Ross Wallin, Esq.
Colin R. Young, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166

*Counsel for Defendants*

Robert I. Harwood, Esq.
Jeffrey M. Norton, Esq.
Jennifer K. Hirsh, Esq.
**HARWOOD FEFFER LLP**
488 Madison Avenue
New York, NY 10022

*Counsel for Derivative Plaintiffs*

Nadeem Faruqi, Esq.
Shane T. Rowley, Esq.
Beth Keller, Esq.
**FARUQI & FARUQI LLP**
320 East 39th Street
New York, NY 10016

*Counsel for Derivative Plaintiffs*

Paul J. Scarlato, Esq.
Brian D. Penny, Esq.
**GOLDMAN SCARLATO & KARON, P.C.**
101 West Elm Street
Conshohocken, PA 19428

*Counsel for Derivative Plaintiffs*

413842_00.wpd

Robert B. Weiser, Esq.
**THE WEISER LAW FIRM, P.C.**
121 North Wayne Ave.
Wayne, PA 19087

*Counsel for Derivative Plaintiffs*

Jeffrey L. Osterwise

413842_00.wpd