UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.        :   Case No.: 7:05-md-01695 (CM)
SECURITIES LITIGATION                :
---------------------------------------------------- x
---------------------------------------------------- x
THIS DOCUMENT RELATES TO             :
ALL ACTIONS                          :
---------------------------------------------------- x

### DECLARATION OF JEFFREY L. OSTERWISE IN SUPPORT OF LEAD PLAINTIFF'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION TO COMPEL DEFENDANTS TO PRODUCE ELECTRONIC DISCOVERY

Jeffrey L. Osterwise, hereby declares as follows:

I, Jeffrey L. Osterwise, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an associate in the law firm of Berger & Montague, P.C., Lead Counsel for Lead Plaintiff and the Class in this litigation.

2. I submit this Declaration in support of Lead Plaintiff's Reply Memorandum of Law in Further Support of Motion to Compel Defendants to Produce Electronic Discovery.

3. Upon receiving documents produced by Defendants and non-parties, it has been the practice of Lead Counsel, on behalf of Lead Plaintiff and the Class, to employ Optical Character Recognition ("OCR") software to translate the documents received into a searchable format.

4. Following the OCR process, Lead Counsel uploaded the OCR translations, along with the images of documents produced by Defendants and non-parties, onto a software program that enables Lead Counsel to search the collection of documents produced for, among other things, documents containing particular names.

5.       Lead Counsel has conducted searches for documents containing e-mails sent to or received by each of the Individual Defendants as well as Gary Reifert, Scott Glassman, Larry Karp and Frances Scally, and these searches yielded approximately 170 such documents for Edward H. Braun, 320 documents for John F. Rein, Jr., 1400 documents for John P. Kiernan, 330 documents for Gary Reifert, 145 documents for Scott Glassman, 445 documents for Larry Karp and 240 documents for Frances Scally.

Dated: March 6, 2007

_____
Jeffrey L. Osterwise