UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC. : Case No.: 7:05-md-01695 (CM)
SECURITIES LITIGATION :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO :
ALL ACTIONS :
------------------------------------------------------- x

## DECLARATION OF PHYLLIS M. PARKER IN SUPPORT OF LEAD PLAINTIFF'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION TO COMPEL DEFENDANTS TO PRODUCE ELECTRONIC DISCOVERY

Phyllis M. Parker, hereby declares as follows:

I, Phyllis M. Parker, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.  I am a lawyer in the law firm Berger & Montague, P.C., lead counsel for Lead Plaintiff in this litigation.

2.  I submit this Declaration in support of Lead Plaintiff's Reply Memorandum of Law In Further Support of Motion to Compel Defendants to Produce Electronic Discovery.

3.  Attached hereto as Exhibit A is a true and correct copy of the transcript of the conference before Honorable Colleen McMahon and Honorable George A. Yanthis held on February 23, 2007.

Dated: March 6, 2007

Phyllis M. Parker

413985_00.wpd