UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x
In re VEECO INSTRUMENTS, INC.       :      Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                      :
------------------------------------------------ x
------------------------------------------------ x
THIS DOCUMENT RELATES TO         :
ALL ACTIONS                                      :

------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, hereby certify that on March 23, 2007, a true and correct copy of Notice of Motion and Motion for Partial Reconsideration of the Court's March 9, 2007 Order, with proposed form of order, Memorandum of Law in Support of Motion for Partial Reconsideration of the Court's March 9, 2007 Order; Declaration of Jeffrey L. Osterwise in Support of Motion for Partial Reconsideration of the Court's March 9, 2007 Order, with attached exhibits, was served upon the following Counsel via electronic means:

John A. Herfort, Esq.
Robert J. Serio, Esq
J. Ross Wallin, Esq.
Colin R. Young, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166

*Counsel for Defendants*

Nadeem Faruqi, Esq.
Shane T. Rowley, Esq.
Beth Keller, Esq.
**FARUQI & FARUQI LLP**
320 East 39th Street
New York, NY 10016

*Counsel for Derivative Plaintiffs*

Paul J. Scarlato, Esq.
Brian D. Penny, Esq.

Robert I. Harwood, Esq.
Jeffrey M. Norton, Esq.
Jennifer K. Hirsh, Esq.
**HARWOOD FEFFER LLP**
488 Madison Avenue
New York, NY 10022

*Counsel for Derivative Plaintiffs*

**GOLDMAN SCARLATO & KARON, P.C.**
101 West Elm Street
Conshohocken, PA 19428

*Counsel for Derivative Plaintiffs*

413984_00.wpd

Robert B. Weiser, Esq.
**THE WEISER LAW FIRM, P.C.**
121 North Wayne Ave.
Wayne, PA 19087

*Counsel for Derivative Plaintiffs*

_____
Jeffrey L. Osterwise

413984_00.wpd