UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
IN RE VEECO INSTRUMENTS INC. :
SECURITIES LITIGATION : 05 MD 1695 (CM)(GAY)
:
:
------------------------------------------------------------x
:
THIS DOCUMENT RELATES TO: :
ALL ACTIONS :
:
:
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify, under penalty of perjury, that on the 2nd day of April, 2007, I caused a true and correct copy of Defendants' Opposition to Lead Plaintiff's Motion for Partial Reconsideration of the Court's March 9th Order and the Declaration of J. Ross Wallin in support thereof to be served on the following counsel for plaintiffs by electronic means:

| | |
|---|---|
| Sherrie R. Savett, Esq. | Robert I. Harwood, Esq. |
| Carole A. Broderick, Esq. | Samuel K. Rosen, Esq. |
| Phyllis M. Parker, Esq. | Joshua D. Glatter, Esq. |
| Jeffrey L. Osterwise, Esq. | Harwood Feffer LLP |
| Berger & Montague, P.C. | 488 Madison Avenue |
| 1622 Locust Street | New York, New York 10022 |
| Philadelphia, Pennsylvania 19103 | |
| *Attorneys for Lead Plaintiff* | *Attorneys for Derivative Plaintiffs* |

| | |
|---|---|
| Brian D. Penny, Esq.<br>Mark S. Goldman, Esq.<br>Paul J. Scarlato, Esq.<br>Goldman Scarlato & Karon, P.C.<br>101 West Elm Street, Suite 360<br>Conshohocken, Pennsylvania 19428<br><br>*Attorneys for Derivative Plaintiffs* | Nadeem Faruqi, Esq.<br>Shane Rowley, Esq.<br>Beth A. Keller, Esq.<br>Faruqi & Faruqi, LLP<br>320 East 39th Street<br>New York, New York 10016<br><br>*Attorneys for Derivative Plaintiffs* |

_____
J. Ross Wallin (JW-3911)