UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.           :      Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                   :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO                :
ALL ACTIONS                             :
------------------------------------------------------- x

## DECLARATION OF PHYLLIS M. PARKER IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER APPROVING NOTICE OF PENDENCY OF CLASS ACTION AND NOTICE PROCEDURES

Phyllis M. Parker, hereby declares as follows:

I, Phyllis M. Parker, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a lawyer of the law firm Berger & Montague, P.C., lead counsel for Lead Plaintiff in this litigation.

2. I submit this Declaration in support of Lead Plaintiff's Memorandum of Law in Support of Motion for Entry of an Order Approving Notice of Pendency of Class Action and Notice Procedures.

3. Attached hereto as Exhibits are true and correct copies of the following:

| Exhibit No. | Description |
| --- | --- |
| A | Notice of Pendency of Class Action |
| B | Summary Notice of Pendency of Class Action |

Dated: May 14, 2007

_____
Phyllis M. Parker

415984_00.wpd