UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.           :    Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                   :
------------------------------------------------- x
------------------------------------------------- x
THIS DOCUMENT RELATES TO                :
ALL ACTIONS                             :
------------------------------------------------- x

## [PROPOSED] ORDER

Upon consideration of Lead Plaintiff's Second and Third Motions in *Limine* and this Court having considered any opposition thereto, IT IS HEREBY ORDERED that Plaintiff's Motions are GRANTED and

IT IS FURTHER ORDERED that:

1.      Defendants and their witnesses are precluded at trial from making affirmative claims about a belief regarding any issue addressed during the investigation of TurboDisc, including whether the division controller acted fraudulently; and

2.      Defendants are precluded at trial from affirmatively contending that they believed in good faith that they were not violating the requirements of the Sarbanes-Oxley Act.

**IT IS SO ORDERED**:

Date: _____, 2007

_____
Honorable Colleen McMahon
United States District Court Judge

416412_04.wpd