UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.          :        Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                       :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO              :
ALL ACTIONS                                         :
------------------------------------------------------- x

### DECLARATION OF PHYLLIS M. PARKER IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFF'S FIRST MOTION IN *LIMINE*

Phyllis M. Parker, hereby declares as follows:

I, Phyllis M. Parker, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a lawyer of the law firm Berger & Montague, P.C., lead counsel for Lead Plaintiff in this litigation.

2. I submit this Declaration in support of Lead Plaintiff's Memorandum of Law in Support of Lead Plaintiff's First Motion in *Limine*.

3. Attached hereto as Exhibit A is a true and correct copy of the Affidavit of John F. Rein, Jr., dated August 25, 2005, which is being filed *under seal* pursuant to the Confidentiality Order dated May 16, 2006.

Dated: June 6, 2007

Phyllis M. Parker

416515_02.wpd