UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.        :      Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO             :
ALL ACTIONS                          :
------------------------------------------------------- x

**EXHIBIT A TO DECLARATION OF PHYLLIS M. PARKER IN SUPPORT
OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF
LEAD PLAINTIFF'S FIRST MOTION IN *LIMINE*__**

**FILED UNDER SEAL PURSUANT TO
CONFIDENTIAL ORDER DATE MAY 16, 2006**