UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
IN RE VEECO INSTRUMENTS INC.                                :    05 MD 1695 (CM)(GAY)
SECURITIES LITIGATION                                       :
                                                            :
------------------------------------------------------------:
                                                            x
                                                            :
THIS DOCUMENT RELATES TO:                                   :
ALL ACTIONS                                                 :
                                                            :
                                                            :
------------------------------------------------------------x

# MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO BIFURCATE THE TRIAL OF THE SECURITIES ACTION

(FILED UNDER SEAL PURSUANT TO CONFIDENTIALITY ORDER
DATED MAY 16, 2006)

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendants Veeco Instruments Inc., Edward H. Braun, John F. Rein, Jr., and John P. Kiernan*

June 6, 2007