UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
IN RE VEECO INSTRUMENTS INC.                : 05 MD 1695 (CM)(GAY)
SECURITIES LITIGATION                       :
:
------------------------------------------------------------x
:
THIS DOCUMENT RELATES TO:                   :
SECURITIES LITIGATION                       :
------------------------------------------------------------x

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'
MOTION *IN LIMINE* TO PRECLUDE EVIDENCE
REGARDING VEECO'S USE OF FISCAL QUARTERS**

(FILED UNDER SEAL PURSUANT TO CONFIDENTIALITY ORDER
DATED MAY 16, 2006)

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendants Veeco
Instruments Inc., Edward H. Braun,
John F. Rein, Jr., and John P. Kiernan*

June 6, 2007