UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.           :    Case No.: 7:05-md-01695 (CM)
SECURITIES LITIGATION                   :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO                :
ALL ACTIONS                             :
------------------------------------------------------- x

## PLAINTIFFS' PROPOSED VERDICT FORM

1.                    FOR                AGAINST

   a.    WE FIND    [  ]            [  ]    THE PLAINTIFF CLASS for purchases of Veeco securities during the period from APRIL 26, 2004 to JULY 25, 2004.

   b.    WE FIND    [  ]            [  ]    THE PLAINTIFF CLASS for purchases of Veeco securities during the period from JULY, 26 2004 to OCTOBER 24, 2004.

   c.    WE FIND    [  ]            [  ]    THE PLAINTIFF CLASS for purchases of Veeco securities during the period from OCTOBER 25, 2004 to FEBRUARY 10, 2005.

2.

   a.    WE FIND DAMAGES TO THE PLAINTIFF CLASS IN THE AMOUNT OF $_____ PER SHARE for purchases of Veeco securities during the period from APRIL 26, 2004 to JULY 25, 2004.

   b.    WE FIND DAMAGES TO THE PLAINTIFF CLASS IN THE AMOUNT OF $_____ PER SHARE for purchases of Veeco securities during the period from JULY, 26 2004 to OCTOBER 24, 2004.

   c.    WE FIND DAMAGES TO THE PLAINTIFF CLASS IN THE AMOUNT OF $_____ PER SHARE for purchases of Veeco securities during the period from OCTOBER 25, 2004 to FEBRUARY 10, 2005.

3. WE FIND THAT THE FOLLOWING DEFENDANTS VIOLATED THE FEDERAL SECURITIES LAWS AND HAVE DETERMINED THEIR PERCENTAGE OF RESPONSIBILITY FOR THE LOSS INCURRED BY THE PLAINTIFF CLASS:

|  | DEFENDANT VIOLATED THE FEDERAL SECURITIES LAWS | | PERCENTAGE OF RESPONSIBILITY FOR PLAINTIFFS' LOSS |
|---|---|---|---|
|  | YES | NO |  |
| VEECO INSTRUMENTS, INC. | [  ] | [  ] | [   ] % |
| EDWARD H. BRAUN | [  ] | [  ] | [   ] % |
| JOHN F. REIN, JR. | [  ] | [  ] | [   ] % |
| JOHN P. KIERNAN | [  ] | [  ] | [   ] % |

100% Total

4. WE FIND THAT THE FOLLOWING DEFENDANTS *KNOWINGLY* VIOLATED THE FEDERAL SECURITIES LAWS:

|  | DEFENDANT *KNOWINGLY* VIOLATED THE FEDERAL SECURITIES LAWS | |
|---|---|---|
|  | YES | NO |
| VEECO INSTRUMENTS, INC. | [  ] | [  ] |
| EDWARD H. BRAUN | [  ] | [  ] |
| JOHN F. REIN, JR. | [  ] | [  ] |
| JOHN P. KIERNAN | [  ] | [  ] |

SO SAY WE ALL.

Dated:_____                    _____
                                                                    Foreperson