UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
:
IN RE VEECO INSTRUMENTS INC.         :
SECURITIES LITIGATION                :   05 MD 1695 (CM)(GAY)
:
------------------------------------ x
:
THIS DOCUMENT RELATES TO:            :
ALL ACTIONS                          :
:
:
------------------------------------ x


**DECLARATION OF COLIN R. YOUNG IN SUPPORT OF DEFENDANTS'
MOTION *IN LIMINE* TO PRECLUDE EVIDENCE
<u>REGARDING VEECO'S USE OF FISCAL QUARTERS</u>**


(FILED UNDER SEAL PURSUANT TO CONFIDENTIALITY
ORDER DATED MAY 16, 2006)


GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendants Veeco Instruments Inc.,
Edward H. Braun, John F. Rein, Jr. and John P.
Kiernan*

June 6, 2007

COLIN R. YOUNG declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a lawyer with the law firm of Gibson, Dunn & Crutcher LLP, counsel to Defendants Veeco Instruments Inc., Edward H. Braun, John F. Rein, Jr., and John P. Kiernan in this action.

2. Attached hereto as Exhibits are true and correct copies of the following:

| Exhibit No. | Description |
| --- | --- |
| A | Excerpts from Expert Report of Robert W. Berliner, dated April 11, 2007. |
| B | Excerpts from the deposition transcript of Edward H. Braun, dated February 23, 2007. |
| C | Excerpts from deposition transcript of John P. Kiernan, dated February 27, 2007. |
| D | Excerpts from the deposition transcript of David G. Bonagura, dated April 18, 2007 |

Executed on June 6, 2007

_____
Colin R. Young