UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

IN RE VEECO INSTRUMENTS INC.
SECURITIES LITIGATION

No. 7:05-MD-01695-CM-GAY

------------------------------------x

THIS DOCUMENT RELATES TO:
ALL ACTIONS

------------------------------------x

## NOTICE OF MOTION AND MOTION *IN LIMINE* TO PRECLUDE ARGUMENT RELATING TO ALLEGATIONS FOR WHICH PLAINTIFFS HAVE ADDUCED NO EVIDENCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and papers in support thereof, and all prior papers and proceedings had herein, Defendants in this action will move this Court, before the Honorable Colleen McMahon, at a date and time to be determined by the Court, for an order to Prelude Lead Plaintiff's Argument Relating To Allegations For Which Plaintiffs Have Adduced No Evidence.

Dated: New York, New York
       June 6, 2007

GIBSON, DUNN & CRUTCHER LLP

By: _____
    John A. Herfort (JH-1460)
    Robert F. Serio (RS-2479)
    J. Ross Wallin (JW-3911)

200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendants*