UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
:
IN RE VEECO INSTRUMENTS INC.            :
SECURITIES LITIGATION                   :   05 MD 1695 (CM)(GAY)
                                        :
----------------------------------------x
                                        :
THIS DOCUMENT RELATES TO:               :
ALL ACTIONS                             :
                                        :
----------------------------------------x

## CERTIFICATE OF SERVICE

I, Colin Young, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 6th day of June 2007, I served Defendants' Notice of Motion and Motion *In Limine* to Preclude the Lead Plaintiff's Damages Expert From Offering Erroneous Calculations As To Potential Damages, Defendants' Notice of Motion and Motion *In Limine* to Preclude Evidence of Liability Insurance, Defendants' Notice of Motion and Motion *In Limine* to Bifurcate The Trial Of The Securities Action, Defendants' Notice of Motion and Motion *In Limine* to Preclude Argument Relating to Allegations For Which Plaintiffs Have Adduced No Evidence, Defendants' Notice of Motion and Motion *In Limine* to Preclude Evidence Regarding Veeco's Use of Fiscal Quarters, and the supporting papers thereto, electronically (via E-mail and ECF), upon all counsel of record in this action listed below:

Sherrie R. Savett, Esq.
Carole A. Broderick, Esq.
Phyllis M. Parker, Esq.
Jeffrey L. Osterwise, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

*Attorneys for Lead Plaintiff*

_____
Colin Young