# EXHIBIT E TO THE PRETRIAL ORDER – TO BE SUBMITTED SEPARATELY BY PLAINTIFFS

## VIII. STIPULATIONS AND OBJECTIONS WITH RESPECT TO EXHIBITS

**B. Objections**

**1. Plaintiffs' Objections**

Plaintiffs object to Defendants' Exhibits under F.R.E. 801 et seq. as hearsay to the extent that they are admitted to prove the truth of their contents.