# EXHIBIT G TO THE PRETRIAL ORDER – TO BE SUBMITTED SEPARATELY BY PLAINTIFFS

## IX. PLAINTIFFS' WITNESS LIST

Plaintiffs' deposition designations are listed on the attached document.

1. Bruce J. Huff
2. Edward H. Braun
3. John F. Rein, Jr.
4. John P. Kiernan
5. Gary Reifert
6. Herman Birnbaum
7. Thomas E. Vollmer
8. Alex J. Fredericks
9. David G. Bonagura
10. Steven C. Amato
11. Richard S. Hoffmann, General Counsel, Steelworkers Pension Trust
12. Other Steelworkers representative(s)
13. William Dodge
14. Other Fox Asset Management representative(s)
15. Catherine Cantasano
16. Joel Elftmann
17. Irv Pfister
18. Marlin Braun
19. David Hopman
20. Jamie Sillett
21. Frank Campanale

22. Loren Abrahamson
23. Sal Asher
24. Maureen M. Cymbaluk
25. Scott Glassman
26. Don R. Kania
27. Keith Kuffel
28. Gregory A. Robbins
29. Edward C. Samaha
30. Walter J. Scherr
31. Debra A. Wasser
32. Larry Karp
33. Frances Scally
34. Rory Greiss
35. Howard Brodie
36. Thomas Werthan
37. Eric Ritz
38. David Hess
39. Stephen Izzi
40. Jurren Schoonbeek
41. Robert W. Berliner
42. Steven P. Feinstein
43. William Kurtz
44. Larry Rosipajla

45. Eric Armour

46. Scott Burfeind

47. Elisa Pellati

48. Allison Slater

49. Veeco Audit Committee Members

50. Theodoros Georgis

51. John Bratager

52. Paul Rykowski

Plaintiffs reserve the right to update or amend this list as necessary and to call any witness to rebut or oppose any testimony or proof offered by Defendants.