# EXHIBIT L TO THE PRETRIAL ORDER – TO BE SUBMITTED SEPARATELY BY PLAINTIFFS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.        :     Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                :
---------------------------------------------------- x
---------------------------------------------------- x
THIS DOCUMENT RELATES TO             :
ALL ACTIONS                          :
---------------------------------------------------- x

# LEAD PLAINTIFF'S COUNTER-DEPOSITION DESIGNATIONS

## VEECO PLAINTIFF'S COUNTER-DESIGNATIONS

| Dep. and Date | Pgs. & Lines | Atty Notes (internal use only) |
|---|---|---|
| Milton Braun 3/23/07 | 7:7-7:9 | |
| Herman Birnbaum 12/19/06 | 55:22-55:25 | |
| Herman Birnbaum 12/19/06 | 56:1-56:17 | |
| Herman Birnbaum 12/19/06 | 248:21-248:23 | |
| David Bonagura 4/18/07 | 49:24-40:25 | |
| David Bonagura 4/18/07 | 41:4-41:12 | |
| David Bonagura 4/18/07 | 43:16 | |
| David Bonagura 4/18/07 | 43:20-43:25 | |
| David Bonagura 4/18/07 | 44:4-44:6 | |
| David Hopman 3/21/07 | 38:18-38:21 | |
| David Hopman 3/21/07 | 53:15-53:25 | |
| David Hopman 3/21/07 | 54:1-54:3 | |
| Alex Fredericks 2/20/07 | 80:13-80:20 | |
| Alex Fredericks 2/20/07 | 111:10 | |
| Alex Fredericks 2/20/07 | 111:17-111:24 | |

| | | |
|---|---|---|
| Alex Fredericks 2/20/07 | 112:2 | |
| Alex Fredericks 2/20/07 | 112:4-112:9 | |
| Alex Fredericks 2/20/07 | 112:12 | |
| Alex Fredericks 2/20/07 | 112:14-112:17 | |
| Alex Fredericks 2/20/07 | 170:16-170:25 to 117:17 | |
| Thomas Vollmer 1/10/07 | 112:20-112:23 | |
| Bruce J. Huff 2/9/07 | 39:15-39:16 | |
| Bruce J. Huff 2/9/07 | 59:16-59:19 | |
| Jamie Sillett 5/10/07 | 32:24-33:2 | |
| Jamie Sillett 5/10/07 | 37:3-37:20 | |
| Jamie Sillett 5/10/07 | 41:5-41:12 | |
| Jamie Sillett 5/10/07 | 87:5-87:15 | |
| Jamie Sillett 5/10/07 | 92:15-92:21 | |
| Jamie Sillett 5/10/07 | 94:4-94:9 | |
| Jamie Sillett 5/10/07 | 94:14-94:16 | |

416593