# EXHIBIT M TO THE PRETRIAL ORDER – TO BE SUBMITTED SEPARATELY BY PLAINTIFFS

## XI.  RELIEF SOUGHT

Lead Plaintiff, on his own behalf and on behalf of the Class, seeks the following relief:

(1)  Awarding Lead Plaintiff and the other members of the Class (as defined by Order of the Court certifying the Class, dated March 21, 2006) damages for the entire Class in an amount which may be proven at trial, together with interest thereon;

(2)  Awarding Lead Plaintiff and the other members of the Class pre-judgment and post-judgment interest, as well as their reasonable attorneys' and experts' witness fees and other costs; and

(3)  Such other relief as this Court deems appropriate.

416595