UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.          :     Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                         :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO              :
ALL ACTIONS                                          :
------------------------------------------------------- x

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION *IN LIMINE* TO
PRECLUDE EVIDENCE REGARDING VEECO'S USE OF FISCAL QUARTERS**

# FILED UNDER SEAL PURSUANT TO CONFIDENTIALITY ORDER DATED MAY 16, 2006