UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.    :    Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION            :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO         :
ALL ACTIONS                      :
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, hereby certify that on June 13, 2007, a true and correct copies of Plaintiffs' Response to Defendants' Motion *in Limine* to Preclude Evidence Regarding Veeco's Use of Fiscal Quarters (***filed under seal***); Declaration of Phyllis M. Parker in Support of Plaintiffs' Response to Defendants' Motion *in Limine* to Preclude Evidence Regarding Veeco's Use of Fiscal Quarters (***filed under seal***); Memorandum of Law in Response to Defendants' Motion *in Limine* to Preclude Lead Plaintiff's Damages Expert from Offering Certain Calculations as to Potential Damages along with accompanying exhibits; Memorandum of Law in Opposition of Defendants' Motion in *Limine* to Bifurcate the Trial; Memorandum of Law in Response to Defendants' Motion *in Limine* to Preclude Evidence of Liability Insurance; and Lead Plaintiff's Memorandum in Opposition to Defendants' Motion *in Limine* to Preclude Arguments Relating to Allegations for Which Plaintiffs has Adduced No Evidence along with accompanying exhibits were served upon the following Counsel via electronic means:

John A. Herfort, Esq.
Robert J. Serio, Esq
J. Ross Wallin, Esq.
Colin R. Young, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166

*Counsel for Defendants*

_____
Phyllis M. Parker

416668_00.wpd