UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                    :

IN RE VEECO INSTRUMENTS INC.       :      05 MD 1695 (CM)(GAY)
SECURITIES LITIGATION            :

                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                    :

THIS DOCUMENT RELATES TO:       :
SECURITIES LITIGATION            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO
## LEAD PLAINTIFF'S FIRST, SECOND AND THIRD MOTIONS *IN LIMINE*

### (FILED UNDER SEAL PURSUANT TO CONFIDENTIALITY ORDER
### DATED MAY 16, 2006)

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendants Veeco*
*Instruments Inc., Edward H. Braun,*
*John F. Rein, Jr., and John P. Kiernan*

June 13, 2007

Filed Under Seal