UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
IN RE VEECO INSTRUMENTS INC.                                     :
SECURITIES LITIGATION                                            :    05 MD 1695 (CM)(GAY)
                                                                 :
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
THIS DOCUMENT RELATES TO:                                        :
SECURITIES LITIGATION                                            :
                                                                 :
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## CERTIFICATE OF SERVICE

I, Jennifer C. Halter, hereby certify, under penalty of perjury pursuant to 28 U.S.C. §

1746, that on this 13th day of June 2007, I served Defendants' Memorandum of Law in

Opposition to Lead Plaintiff's First, Second and Third *Motions In Limine*, along with the

Declaration of Jennifer C. Halter in support thereof, electronically (via E-mail) upon all counsel

of record in this action listed below:


Sherrie R. Savett, Esq.
Carole A. Broderick, Esq.
Phyllis M. Parker, Esq.
Jeffrey L. Osterwise, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

*Attorneys for Lead Plaintiff*


Jennifer C. Halter