UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE VEECO INSTRUMENTS INC.           :    No. 7:05-MD-01695-CM-GAY
SECURITIES LITIGATION                  :
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                       :
THIS DOCUMENT RELATES TO:              :
ALL ACTIONS                            :
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


### NOTICE OF MOTION AND MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF ROBERT W. BERLINER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and papers in support thereof, and all prior papers and proceedings had herein, Defendants in this action will move this Court, before the Honorable Colleen McMahon, at a date and time to be determined by the Court, for an order to Prelude Testimony of Robert W. Berliner.

Dated:  New York, New York
        June 22, 2007

                                    GIBSON, DUNN & CRUTCHER LLP

                                    By: _____/s/ Ross Wallin_____
                                        John A. Herfort (JH-1460)
                                        Robert F. Serio (RS-2479)
                                        J. Ross Wallin (JW-3911)

                                    200 Park Avenue
                                    New York, New York 10166-0193
                                    Phone: (212) 351-4000
                                    Fax: (212) 351-4035

                                    *Attorneys for Defendants*