UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
:
IN RE VEECO INSTRUMENTS INC.        :    05 MD 1695 (CM)(GAY)
SECURITIES LITIGATION               :
:
:
------------------------------------------------------x
:
THIS DOCUMENT RELATES TO:           :
SECURITIES LITIGATION               :
:
------------------------------------------------------x

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'**
**MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF ROBERT W. BERLINER**

(FILED UNDER SEAL PURSUANT TO CONFIDENTIALITY ORDER
DATED MAY 16, 2006)

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendants Veeco*
*Instruments Inc., Edward H. Braun,*
*John F. Rein, Jr., and John P. Kiernan*

June 22, 2007