UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
IN RE VEECO INSTRUMENTS INC.          :
SECURITIES LITIGATION                 :  05 MD 1695 (CM)(GAY)
                                      :
------------------------------------- x
                                      :
THIS DOCUMENT RELATES TO:             :
ALL ACTIONS                           :
                                      :
                                      :
------------------------------------- x


**DECLARATION OF J. ROSS WALLIN IN SUPPORT OF DEFENDANTS'
MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF ROBERT W. BERLINER**


(FILED UNDER SEAL PURSUANT TO CONFIDENTIALITY
ORDER DATED MAY 16, 2006)


GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendants Veeco Instruments Inc.,
Edward H. Braun, John F. Rein, Jr. and John P.
Kiernan*

June 22, 2007

J. ROSS WALLIN declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a lawyer with the law firm of Gibson, Dunn & Crutcher LLP, counsel to Defendants Veeco Instruments Inc., Edward H. Braun, John F. Rein, Jr., and John P. Kiernan in this action.

2. Attached hereto as Exhibits are true and correct copies of the following:

| **Exhibit No.** | **Description** |
|---|---|
| A | Preliminary Expert Report of Robert W. Berliner, dated April 11, 2007. |
| B | Supplemental Expert Report of Robert W. Berliner H. Braun, dated June 12, 2007. |
| C | Excerpts from deposition transcript of Robert W. Berliner, dated June 19, 2007. |

Executed on June 22, 2007

_____
J. Ross Wallin