UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
IN RE VEECO INSTRUMENTS INC.                :
SECURITIES LITIGATION                       :    05 MD 1695 (CM)(GAY)
                                            :
------------------------------------------------------------x
                                            :
THIS DOCUMENT RELATES TO:                   :
ALL ACTIONS                                 :
                                            :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, W. Patrick Downes, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 22nd day of June 2007, I served The Notice of Motion and Motion *In Limine* To Preclude Testimony of Robert W. Berliner, the Declaration of J. Ross Wallin in Support of Defendants' Motion *In Limine* to Preclude Testimony of Robert W. Berliner, and the Memorandum of Law in Support of Defendants' Motion *In Limine* to Preclude Testimony of Robert W. Berliner, electronically (via E-mail), upon counsel of record in this action listed below:

Sherrie R. Savett, Esq.
Carole A. Broderick, Esq.
Phyllis M. Parker, Esq.
Jeffrey L. Osterwise, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

*Attorneys for Lead Plaintiff*

_____
W. Patrick Downes