**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.     :   Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION             :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO          :
ALL ACTIONS                       :
------------------------------------------------------- x

**EXHIBITS TO DECLARATION OF PHYLLIS M. PARKER IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION OF DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF ROBERT W. BERLINER**

**FILED UNDER SEAL PURSUANT TO CONFIDENTIALITY ORDER DATED MAY 16, 2006**