UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.    :   Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION            :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO         :
ALL ACTIONS                      :
------------------------------------------------------- x

## DECLARATION OF CAROLE A BRODERICK IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR MODIFICATION OF THE COURT'S MAY 16, 2006 PROTECTIVE ORDER

Carole A. Broderick, hereby declares as follows:

I, Carole A. Broderick, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a partner of the law firm of Berger & Montague, P.C., lead counsel for Lead Plaintiff in this litigation.

2. I submit this Declaration in support of Motion for Modification of the Court's May 16, 2006 Protective Order.

3. Attached hereto as an Exhibit is a true and correct copy of the following:

| Exhibit No. | Description |
| --- | --- |
| A | June 26, 2007 letter from Robert F. Serio to Judge Colleen McMahon |

Dated: June 27, 2007

_____
Carole A. Broderick