UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.            :     Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION                    :
---------------------------------------------------------- x
---------------------------------------------------------- x
THIS DOCUMENT RELATES TO                 :
ALL ACTIONS                              :
---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, hereby certify that on June 27, 2007, true and correct copies of Lead Plaintiff's Notice of Motion and Motion for Modification of the Court's May 16, 2006 Protective Order; Lead Plaintiff's Memorandum in Support of Motion for Modification of the Court's May 16, 2006 Protective Order; Declaration of Carole A. Broderick in Support of Notice of Motion and Motion for Modification of the Court's May 16, 2006 Protective Order with accompanying exhibit and Proposed Order were served upon the following Counsel via electronic means:

John A. Herfort, Esq.
Robert J. Serio, Esq
J. Ross Wallin, Esq.
Colin R. Young, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166

*Counsel for Defendants*

_____
Phyllis M. Parker

417020_01.wpd