UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.    :    Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION            :
---------------------------------------------------- x
---------------------------------------------------- x
THIS DOCUMENT RELATES TO         :
ALL ACTIONS                      :
---------------------------------------------------- x

**LEAD PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR ORDER OF PRELIMINARY APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE that, upon the papers to be filed with the Court, Lead Plaintiff, by its counsel Berger & Montague, P.C., will move the Court, before the Honorable Colleen McMahon, United States District Judge, at a date and time determined by the Court, for entry of an Order granting preliminary approval of the proposed settlement on the terms and conditions reflected in a Stipulation and Agreement of Settlement, dated August 16, 2007 (the "Stipulation").[1]

PLEASE TAKE FURTHER NOTICE that, Lead Plaintiff will rely upon the Stipulation of Settlement and the Memorandum of Law in Support of Preliminary Approval of the Settlement, filed herewith.

A Proposed Form of Order is submitted herewith, Granting Preliminary Approval to the Class Settlement that will provide, among other things, for the following:

1. preliminary approval of the terms of the settlement;

2. approval of the notice of the proposed settlement to be mailed to the Class members;

3. approval of the notice of the proposed settlement to be published;

4. approval of the Proof of Claim and Release forms; and

---

[1] Capitalized terms used herein are defined in the Stipulation.

5.      the scheduling of a hearing to consider the final approval of the Settlement, any applications by Plaintiffs' Counsel for fees and expenses, and any award to the class representative.

Dated: August 16, 2007                    **BERGER & MONTAGUE, P.C.**

                                   By**:**   /s/ Phyllis M. Parker
                                          Sherrie R. Savett
                                          Carole A. Broderick
                                          Arthur Stock
                                          Phyllis M. Parker
                                          Jeffrey L. Osterwise
                                          1622 Locust Street
                                          Philadelphia, PA 19103
                                          (215) 875-3000

                                          *Counsel for Lead Plaintiff*
                                          *Steelworkers Pension Trust and the Class*

Notice of Motion.wpd