UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X
In re VEECO INSTRUMENTS, INC. SECURITIES LITIGATION   :
———————————————————————X
THIS DOCUMENT RELATES TO ALL ACTIONS   :   Case No.: 7:05-md-01695 (CM) (GAY)
———————————————————————X

**AFFIDAVIT OF EDWARD J. SINCAVAGE, CPA**
**REGARDING DISSEMINATION OF NOTICE TO THE CLASS**

I, Edward J. Sincavage, CPA, being first duly sworn according to law, depose and say as follows:

1. I am a partner in the Certified Public Accounting firm of Heffler, Radetich & Saitta L.L.P. ("HR&S"), the main offices of which are at Suite 1700, 1515 Market Street, Philadelphia, Pennsylvania 19102. I have personal knowledge of the matters set forth in this affidavit and, if called upon as a witness, I could and would competently testify to these matters under penalty of perjury.

2. HR&S performed the services listed herein under my supervision relating to the dissemination of the "Notice of Pendency of Class Action", dated June 1, 2007 (herein referred to as the "Notice"), to the Class under the direction of Lead Counsel. A copy of the Notice is annexed hereto as Exhibit A.

3. HR&S received listings from American Stock Transfer & Trust Company, Veeco Instruments, Inc.'s transfer agent, containing 260 names and addresses of entities who were issued stock certificates of Veeco Instruments Inc.'s common stock during the time period between April 26, 2004 and February 10, 2005, inclusive.

4.  HR&S compiled the 260 name and address records into one database and printed the name and address of each record onto a Notice (or an envelope containing a Notice) and mailed the 260 addressed Notices via postage pre-paid, first-class mail on June 1, 2007.

5.  Also on June 1, 2007, HR&S sent a cover letter along with a Notice to each of the 268 brokerage firms and other nominees ("Nominees") in HR&S's Nominee contact file (the "Nominee File") via postage pre-paid, first-class mail. The cover letter requested each Nominee to research their files for applicable Class Members, to inform HR&S of the results of their research, to provide HR&S with the names and addresses of potential Class Members to whom HR&S would mail a Notice, to advise HR&S of the number of Notices they require for mailing, and/or to confirm that their research yielded no Class Members. The Nominee File is a compilation of firms that are typically sent a notice in securities class actions administered by HR&S, and from which we expect a response.

6.  On June 1, 2007, HR&S also mailed a Notice to each of the 112 banks and other institutions ("Institutions") on HR&S's Institution mailing file via first-class mail. This file is a compilation of Institutions that are typically sent a notice in securities class actions administered by HR&S merely to ensure that notice of this settlement has been disseminated widely; we do not necessarily expect a response from these Institutions.

7.  On June 1, 2007, HR&S received a participant positions listing report from The Depository Trust Company ("CEDE"). This listing identified firms that CEDE'S records indicated held shares of Veeco Instruments, Inc. on specific requested dates in the Class Period. These listings were used to send the Notice to the firms, requesting them to identify potential additional Class Members who held their shares in the street name of their brokerage firm(s). HR&S identified 230 unique nominee firms and matched them to the Nominee file. On June 1, 2007, we then mailed a Notice to 78

of the 230 firms that were either not already on our Nominee file (see paragraph 5 above) or at a different address than listed in our Nominee file.

8. Thus, on June 1, 2007, HR&S mailed a total of 718 Notices via postage pre-paid, first-class mail to members and possible members of the Class.

9. Subsequent to June 1, 2007, HR&S has mailed additional Notices via postage pre-paid, first-class mail (or via UPS for bulk shipments), as follows:

|   |   | Number of Notices Mailed |
|---|---|---|
| a. | To entities supplied by Nominees | 8,601 |
| b. | To Nominees that requested Notices in bulk | 2,073 |
|   | TOTAL | 10,674 |

10. Thus, through July 17, 2007, HR&S has mailed a total of 11,392 Notices via postage pre-paid, first-class mail (or via UPS for bulk shipments) as described in paragraphs 3 through 9 above.

11. Additionally, HR&S caused the publication of the Summary Notice in *The Wall Street Journal* for national distribution on June 8, 2007. An Affidavit obtained from *The Wall Street Journal* is annexed hereto as Exhibit B.

12. Paragraph 9 of the Notice informed Class Members that written requests for exclusion from the Class were to be addressed to the Notice Administrator, In re Veeco Instruments, Inc. Securities Litigation, c/o Heffler, Radetich & Saitta L.L.P., P.O. Box 59027, Philadelphia, PA 19102-9027 and mailed, postmarked no later than July 6, 2007. HR&S has daily received and reviewed all mail that has been delivered to that Post Office Box. As of July 17, 2007, HR&S has received two (2) requests for exclusion from the Class. Copies of the two requests for exclusion are annexed hereto as Exhibit C.

13. HR&S has also posted the Notice on its website at www.hrsclaimsadministration.com, to ensure the Notice is disseminated widely. Class members who learned of the pendency of the action via the Summary Notice or the internet could obtain copies of the Notice through this means, if they had not received the form by mail.

*Edward J. Sincavage*
EDWARD J. SINCAVAGE, CPA

Sworn to and subscribed before me
This 18th day of July 2007

*Kristine J. Blakla*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KRISTINE J. BLAKLA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 1, 2011

4