# Exhibit C

JUNE 22 2007

c/o Heffler, Radetich & Saitta L.L.P.

HAROLD P. HOUSER
P.O. BOX 5145                     Home: 501 N. CAMDEN DR.
FORT WAYNE, IN 46895                    FORT WAYNE, IN 46825

I HAROLD P. HOUSER, requests exclusion from the
class in re Veeco Insruments, Inc. Securities
Litigation, 7:05-MD-01695 (CM)(GAY),

x       Shares: Veeco Instruments-
buy date   sold date   sales price   cost     gain or(_)
06-o7-04   o4-27-06    2230.73       2603.00  (372.27)
        THANK YOU
                    _Harold P. Houser_  june 22, 2007
P S phone# (260) 4713383      JUNE 22 2007



Dixie E. Snider, Jr.<br>
Frances F. Snider<br>
1516 Regency Walk Drive<br>
Decatur, Georgia 30033-1740<br>
June 25, 2007

*In re Veeco Instruments, Inc. Securities Litigation* – Notice of Pendency
c/o Heffler, Radetich & Saitta L.L.P.
P.O. Box 59027
Philadelphia, PA 19102-9027

Dear Sir or Madam:

We are responding to the mailing we received. We request exclusion from the Class in *In re Veeco Instruments, Inc. Securities Litigation*, 7:05- MD-01695 (CM)(GAY).

As directed, we are reporting that we purchased 100 shares of Veeco Instruments on December 10, 2004.

Thank you for your assistance with this matter.

Sincerely,

*[signature]*
Dixie E. Snider, Jr.

*[signature]*
Frances F. Snider



ATLANTA GA 303
26 JUN 2007 PM 1 T

The Sniders
1516 Regency Walk Drive
Decatur, GA 30033-1740

In re Veeco Instuments Inc. Securities
Litigation - Notice of Pendency
c/o Heffler, Radetich & Saitta L.L.P.
P.O. Box 59027
Philadelphia, PA 19102-9027

19102+9027