**EXHIBIT C**

Veeco Instruments Inc. Securities Litigation
Heffler, Redetich & Saitta LLP
                Sir:
                I WANT TO BE EXCLUDED FROM THE SETTLEMENT
IN Re Veeco Instruments Inc. Securities Litigation,Case No.:
7:05-md-016 (CM) (GAY).
                HAROLD P. HOUSER
                501 N. CAMDEN DR.
                FORT WAYNE, IN. 46825
                Phone: 260-471 3383

description      buy          sold        receive      cost
Veeco Instr.   06-07-04     04-27-06     2230.73     2603.oo
                THANK YOU.
                                    *Harold P. Houser* 09-20-07.

Veeco Instruments Inc. Securities Litigation
Heffler, Radetich & Saitta LLP
P.O. Box 59027
Philadelphia, PA 19102-9027

Harold Houser
501 N. Camden Dr.
Fort Wayne, IN 46825-5408

U.S. POSTAGE
PAID
FORT WAYNE, IN
46805
SEP 21 07
AMOUNT
$5.25
00023426-01

19102

0000

UNITED STATES
POSTAL SERVICE

09/24/07
43.54

PRIORITY
MAIL
UNITED STATES POSTAL SERVICE®

Apply Priority Mail Postage Here

United States Postal Service®
DELIVERY CONFIRMATION™

0306 1070 0004 1690 6719